UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DONALD R. SPADARO, as Limited Guardian
For ANTHONY CARAVELLA,

      CASE NO.:

    Plaintiff,

      MAGISTRATE JUDGE:

v.

CITY OF MIRAMAR, a municipality, GEORGE H. PIERSON, JR., WILLIAM MANTESTA, and WILLIAM F. GUESS, individually and in their official capacities as former police officers for the City of Miramar; AL LAMBERTI, in his official capacity as the Sheriff of Broward County; KENNETH C. JENNE, II, individually and in his official capacity as the Sheriff of Broward County; ANTHONY FANTIGRASSI, individually and in his official capacity as a former deputy sheriff for the Broward County Sheriff's Office,

    Defendants.
_____/

## NOTICE OF REMOVAL

    Defendants, City of Miramar, George Pierson, William Mantesta and William Guess, through counsel and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, files their notice of removal of this action to the United States District Court for the Southern District of Florida, and state the following in support thereof:

    1.    Plaintiff filed in state court a complaint for damages on June 28, 2011 and served it upon Defendant, City of Miramar, on or about June 30, 2011, Defendant George Pierson on or about July 9, 2011, Defendant William Mantesta on or about July 7, 2011, and Defendant William Guess on or about July 1, 2011. The Civil Cover Sheet is attached hereto as Exhibit

1

"1," and pursuant to 28 U.S.C. § 1446 (a), all process and orders served upon the City in this action are attached hereto as Exhibit "2" and all pleadings (including the complaint) are attached hereto as Exhibit "3."[1]

2.  On its face, the complaint is a civil action for damages founded, in large part, on claims or rights arising under the Constitution, treaties, or laws of the United States. Specifically, Plaintiff's primary claims are for alleged violations of his civil rights pursuant to 42 U.S.C. § 1983. *See* Counts IV-V, VII, IX-X and XII. The Plaintiff has also asserted violations of 18 U.S.C. § 1962 (b) through (d). *See* Counts XIII-XV.

3.  Plaintiff's civil rights and federal claims fall within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1331. Removal based on a federal question-jurisdiction is proper when the face of the claim, like the instant complaint, raises an issue of federal law. *See Merrell Dow Pharmaceuticals Inc. v. Thompson*, 478 U.S. 804, 808, 106 S.Ct. 3229, 92 L.Ed.2d 650 (1986). If only one of several claims satisfies the requirements for removal on federal-question grounds, then any other purely state claims in the same complaint may also be determined by the federal court under its supplemental jurisdiction. *See* 28 U.S.C. 1441 (c).

4.  Therefore, the entire case may be removed by Defendant pursuant to 28 U.S.C. § 1441(c).

5.  Defendants City, Pierson, Mantesta and Guess have filed this notice within thirty days of service of the summons and complaint and has acted timely pursuant to 28 U.S.C. § 1446 (b).

---

[1] Undersigned counsel currently represents Defendant City of Miramar as well as its former police officers, Defendants Pierson, Mantesta and Guess. Gregg Toomey, Esq., counsel for the remaining defendants (Lamberti, Jenne and Fantigrassi), has represented to undersigned counsel that his clients have all been served and that they consent to the removal of the instant action to the United States District Court, Southern District of Florida.

6. Defendants have filed this Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit, pursuant to 28 U.S.C. § 1446 (d).

WHEREFORE, Defendants, City of Miramar, George Pierson, William Mantesta and William Guess, respectfully request that this action be removed from the Circuit Court of the Seventeenth Judicial Circuit to the United States District Court for the Southern District of Florida.

> Respectfully submitted,
>
> Jamie A. Cole, Esq.
>   Florida Bar No. 767573
> E-Mail Address: jcole@wsh-law.com
> Matthew H. Mandel, Esq.
>   Florida Bar. No. 147303
> E-Mail Address: mmandel@wsh-law.com
> Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
> 200 East Broward Boulevard, Ste. 1900
> Fort Lauderdale, Florida 33301
> Telephone: (954) 763-4242
> Facsimile: (954) 764-7770
>
> By: /s/ Matthew H. Mandel  _____
>         Matthew H. Mandel Esq.
> *Counsel for Defendants City of Miramar, George Pierson, William Mantesta and William Guess*

## CERTIFICATION PURSUANT TO 28 U.S.C. §1446(a) AND RULE 11

Defendants, City of Miramar, George Pierson, William Mantesta and William Guess, by and through undersigned counsel and pursuant to 28 U.S.C. §1446 (a), and Rule 11, Federal Rules of Civil Procedure, certify that the Notice of Removal has been signed in accordance with 28 U.S.C. §1446 (a) and Rule 11 and certify that the above cause is removable from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, where same is pending as Case Number 11-14894 (09), to the United States District Court for the Southern District of Florida, and further certify that the foregoing statements are true and correct to the best of the undersigned's knowledge and belief.

By: /s/  Matthew H. Mandel
Jamie A. Cole, Esq.
Florida Bar No. 767573
E-Mail Address:  jcole@wsh-law.com
Matthew H. Mandel, Esq.
Florida Bar. No. 147303
E-Mail Address:  mmandel@wsh-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished was furnished by CM/ECF on this 19th day of July, 2011 to Barbara A. Heyer, Esq., Heyer & Associates, P.A., counsel for the Plaintiff, 1311 S.E. 4th Avenue, Fort Lauderdale, Florida 33316, and Gregg A. Toomey, Esq., Bunell & Woulfe, P.A., counsel for Defendants Lamberti, Jenne and Fantigrassi, 1625 Hendry Street, Suite 203, Fort Myers, Florida 33901.

By: /s/ Matthew H. Mandel
Jamie A. Cole, Esq.
Florida Bar No. 767573
E-Mail Address:  jcole@wsh-law.com
Matthew H. Mandel, Esq.
Florida Bar. No. 147303
E-Mail Address:  mmandel@wsh-law.com