OFFICE OF THE CITY CLERK
RECEIVED

2011 JUN 30 PM 4:26

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

DONALD R. SPADARO, as Limited
Guardian for ANTHONY CARAVELLA

    Plaintiff,

v.

**SUMMONS**

CITY OF MIRAMAR, etc., et al.,

    Defendants.
_____/

11-14894

6-30-11  4/20 $
PA 527
09

THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on the following Defendant:

**CITY OF MIRAMAR**

    For Service Upon:    Lori C. Moseley, Mayor
                            City of Miramar Town Center
                            2300 Civic Center Place
                            Miramar, FL   33025

Each Defendant is required to serve written defenses to the Complaint on:
        HEYER & ASSOCIATES, P.A.
        1311 SE 4th Avenue
        Fort Lauderdale, FL   33316
        (954) 522-4922

within twenty (20) days after service of this Summons, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

HOWARD C. FORMAN

    WITNESS MY hand and Seal of said Court on _____
JUN 28 2011
                            CLERK OF THE COURT

                            BY: _____  JENNIFER BROWN
                                Deputy Clerk

In accordance with the Americans with Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA coordinator at 201 SE 6 Street, Room 136, Fort Lauderdale, FL 3301 or telephone voice/tdd (954) 357-6364 not later than five business days prior to such proceeding.

RECEIVED
JUN 30 2011

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

DONALD R. SPADARO, as Limited
Guardian for ANTHONY CARAVELLA

**11-14894**

Plaintiff,

v.

**SUMMONS**

CITY OF MIRAMAR, etc., et al.,

Defendants.
_____/

THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the
Complaint in this action on the following Defendant: Date: 7-1-11
Time: am 8.04 pm
Served: Doreen Guess
Initials & ID#: TConner

**WILLIAM FREDERICK GUESS**
302 W. Frederick Avenue
Dundee, FL  33838

Sub-serv #502
wife

Each Defendant is required to serve written defenses to the
Complaint on:

HEYER & ASSOCIATES, P.A.
1311 SE 4th Avenue
Fort Lauderdale, FL  33316
(954) 522-4922

within twenty (20) days after service of this Summons, exclusive of
the day of service, and to file the original of the defenses with the
clerk of this court either before service on Plaintiff's attorney or
immediately thereafter. If a defendant fails to do so, a default will
be entered against that defendant for the relief demanded in the
Complaint.

JUN 28 2011

WITNESS MY hand and Seal of said Court on _____

**HOWARD C. FORMAN**

CLERK OF THE COURT

BY: **JENNIFER BROWN**
     Deputy Clerk

In accordance with the Americans with Disabilities Act of 1990 (ADA), disabled persons
who, because of their disabilities, need special accommodation to participate in this
proceeding should contact the ADA coordinator at 201 SE 6 Street, Room 136, Fort
Lauderdale, FL 3301 or telephone voice/tdd (954) 357-6864 not later than five business
days prior to such proceeding.



IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO: 11-14894

DONALD R. SPADARO, as Limited
Guardian for ANTHONY CARAVELLA

    Plaintiff,

v.

CITY OF MIRAMAR, etc., et al.,

    Defendants.
_____/

**SUMMONS**

SERVED ON 7-7, 20 11 AT 2:15 PM IN PERSON X SUB __
09
K. NELSON, PROCESS SERVER

THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on the following Defendant:

    **WILLIAM MANTESTA**
    777 West Boulevard
    Chipley, FL  32428

    Each Defendant is required to serve written defenses to the Complaint on:

    HEYER & ASSOCIATES, P.A.
    1311 SE 4th Avenue
    Fort Lauderdale, FL  33316
    (954) 522-4922

within twenty (20) days after service of this Summons, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

JUN 28 2011

WITNESS MY hand and Seal of said Court on _____

CLERK OF THE COURT **HOWARD C. FORMAN**

BY: _____JENNIFER BROWN_____
    Deputy Clerk

A TRUE COPY
Seal

nce with the Americans with Disabilities Act of 1990 (ADA), disabled persons
e of their disabilities, need special accommodation to participate in this
hould contact the ADA coordinator at 201 SE 6 Street, Room 136, Fort
FL 3301 or telephone voice/tdd (954) 357-6364 not later than five business
such proceeding.

IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

CASE NO:

DONALD R. SPADARO, as Limited
Guardian for ANTHONY CARAVELLA

    Plaintiff,

v.

**SUMMONS**

CITY OF MIRAMAR, etc., et al.,

    Defendants.
_____/

**11-14894**



THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action on the following Defendant:

    **GEORGE H. PIERSON, JR.**
    10838 S. Flutter Terrace
    Inverness, FL  34452

Each Defendant is required to serve written defenses to the Complaint on:

    HEYER & ASSOCIATES, P.A.
    1311 SE 4th Avenue
    Fort Lauderdale, FL  33316
    (954) 522-4922

within twenty (20) days after service of this Summons, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

    WITNESS MY hand and Seal of said Court on  **JUN 28 2011**

CLERK OF THE COURT  **HOWARD C. FORMAN**

BY: _____  JENNIFER BROWN
        Deputy Clerk

In accordance with the Americans with Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA coordinator at 201 SE 6 Street, Room ___, Court Seal Lauderdale, FL 3301 or telephone voice/tdd (954) 357-6364 not later than five business days prior to such proceeding.

Date Rc'd: 7-1-11   Time Rc'd: 10:24a
Date Sv'd: 7-9-11   Time Sv'd: 11:15 a.

_____        9/6 2-6
Certified Process Server        ID #