UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61607-CIV-COHN/SELTZER

DONALD R. SPADARO, as Limited
Guardian for ANTHONY CARAVELLA,

    Plaintiff,

v.

CITY OF MIRAMAR, etc., et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Order Granting in Part and Denying in Part Defendants' Motions for Summary Judgment [DE 367], the Court's grant in part and denial in part of the City Defendants' Rule 50 Motion [DE 422, 424], the Court's grant in part and denial in part of the BSO Defendants' Rule 50 Motion [DE 422, 424], and the receipt of the jury's verdict in this case on March 26, 2013 [DE 441].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Donald R. Spadaro, as limited guardian for Anthony Caravella, and against Defendant George Pierson. Plaintiff shall recover $3,000,000.00[1] from Defendant Pierson, plus interest thereon at the rate of 0.15% from the date of this Final Judgment, for which let execution issue.

2. Judgment is hereby entered in favor of Plaintiff Donald R. Spadaro, as limited

---

[1] This amount consists of $1,000,000.00 in compensatory damages and $2,000,000.00 in punitive damages.

guardian for Anthony Caravella, and against Defendant William Mantesta. Plaintiff shall recover $4,000,000.00[2] from Defendant Mantesta, plus interest thereon at a rate of 0.15% from the date of this Final Judgment, for which let execution issue.

3. Judgment is hereby entered in favor of Defendants City of Miramar, William Guess, Anthony Fantigrassi, and Scott J. Israel, as Sheriff of Broward County, and against Plaintiff Donald R. Spadaro, as limited guardian for Anthony Caravella. Plaintiff shall recover nothing from Defendants City of Miramar, William Guess, Anthony Fantigrassi, and Scott J. Israel in this matter.

4. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of March, 2013.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.

---

[2] This amount consists of $1,500,000.00 in compensatory damages and $2,500,000.00 in punitive damages.

2