Howard C Forman
Clerk of the Court
Broward County
Transaction Number: 20111YE1A002988
20111YE1A002997      06/28/2011 16:07:14
CACE11014894    001                      D1
Plaintiff: Spadaro, Donald
Defendant: Miramar City of
Judge: Krathen, David
Division: 09
Payer: Heyer, Barbara Ann

                                    CCIJJBI1
Remark: CK#9627/26/S-7/HB/PS
400 FILING FEE REG              401.00
447 DEF COUNT ) 5                 5.00
438 ISSUE SUMMONS               70.00
20111YE1A002997 Total:         476.00

    Business Check:            406.00
    Business Check:             70.00
           Change:              0.00
    Filing Fees are Non-refundable
         Our goal is excellence



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)471-0048

**Invoice**

| Date | Invoice # |
|---|---|
| 01/31/2012 | 2596 |

| Terms | Due Date |
|---|---|
| Net 30 | 03/01/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|---|---|
| | 51-0573173 |

CARAVELLA

| Service | Description | Amount |
|---|---|---|
| Appearance | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF WILLIAM GUESS<br>• TAKEN 1/27/12 10:30 A.M. - 3:26 P.M. | 235.00 |
| EXCERPT | • EXCERPT OF DEPOSITION (9 PAGES) | 36.90 |

| | Total | $271.90 |
|---|---|---|

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:     Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.

680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)471-0048

# Invoice

| Date | Invoice # |
|---|---|
| 02/22/2012 | 2622 |

| Terms | Due Date |
|---|---|
| Net 30 | 03/23/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

*CARAVELLA*

| | TAX ID # |
|---|---|
| | 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR | |
| | • DEPOSITION OF WILLIAM GUESS | |
| | • TAKEN 1/27/12 | |
| Transcript - ORIGINAL | • TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (133 PAGES) | 545.30 |
| INDEX | • WORD INDEX (15 PAGES) | 3.75 |
| SHIPPING & HANDLING | • SHIPPING & HANDLING | 15.00 |

| | Total | $564.05 |
|---|---|---|

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:     Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)471-0048

# Invoice

| Date | Invoice # |
|---|---|
| 03/13/2012 | 2651 |

| Terms | Due Date |
|---|---|
| Net 30 | 04/12/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|---|
| 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF MICHAEL KELLY & CAROLYN CARTER<br>• TAKEN 3/1/12 10:00 A.M. - 1:45 P.M.<br>• TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 215.00 |

| | Total | $215.00 |
|---|---|---|

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*       *Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/27/2012 | 2791 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 07/27/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|---|---|
| | 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR | |
| | • DEPOSITION OF MICHAEL KELLY | |
| | • TAKEN 3/1/12 | |
| Transcript - ORIGINAL | • TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (27 PAGES) | 110.70 |
| INDEX | • WORD INDEX (4 PAGES) | 1.00 |
| | • DEPOSITION OF CAROLYN CARTER | |
| Transcript - ORIGINAL | • TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (69 PAGES) | 282.90 |
| INDEX | • WORD INDEX (8 PAGES) | 2.00 |
| | • ***HAND DELIVERED*** | |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:     Card Security Code:*
*Billing Address:*

| | Total | $396.60 |
|---|-------|---------|



ROBINSON REPORTING, INC.

680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)471-0048

# Invoice

| Date | Invoice # |
|------|-----------|
| 04/06/2012 | 2692 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 05/06/2012 |

Bill To
PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|--|----------|
| | 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR  *Carmuela*<br>• DEPOSITION OF HOWARD SEIDEN<br>• TAKEN 4/5/12  1:00 P.M. - 3:07 P.M.<br>• TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 135.00 |
| | | 135.00 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:      Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|---|---|
| 07/02/2012 | 2808 |

| Terms | Due Date |
|---|---|
| Net 30 | 08/01/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|---|
| 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| Transcript - ORIGINAL INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF HOWARD SEIDEN<br>• TAKEN 4/5/12<br>• TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (72 PAGES)<br><br>• WORD INDEX (8 PAGES)<br>• ***HAND DELIVERED*** | 295.20<br><br>2.00 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:      Card Security Code:*
*Billing Address:*

| Total | $297.20 |
|---|---|



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 05/21/2012 | 2756 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 06/20/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR  *CAPRIVERN*<br>• DEPOSITION OF CHARLES EDEL<br>• TAKEN 4/25/12  3:00 P.M. - 4:46 P.M.<br>• TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 125.00 |

| | Total | $125.00 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*          *Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/26/2012 | 2788 |
| Terms | Due Date |
| Net 30 | 07/26/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| TRANSCRIPT INDEX SHIPPING & HANDLING | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF CHARLES EDEL<br>• TAKEN 4/25/12<br>• CERTIFIED COPY (60 PAGES)<br>• WORD INDEX (8 PAGES)<br>• SHIPPING & HANDLING | 195.00<br>2.00<br>7.50 |
| | **Total** | **$204.50** |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:          Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL  33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 05/10/2012 | 2734 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 06/09/2012 |

**Bill To:**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL  33316

| | TAX ID # |
|--|----------|
| | 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR  _CARAVELLA_ <br> • DEPOSITION OF GEORGE PIERSON <br> • TAKEN 5/2/12  10:00 A.M. - 3:30 P.M <br> • TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 275.00 |
| | **Total** | **$275.00** |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*        *Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/28/2012 | 2800 |
| Terms | Due Date |
| Net 30 | 07/28/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Transcript - ORIGINAL INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF GEORGE PIERSON PART I<br>• TAKEN 5/2/12<br>• TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (154 PAGES)<br><br>• WORD INDEX (17 PAGES)<br>• *** HAND DELIVERED *** | 631.40<br><br>4.25 |

| | Total | $635.65 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:       Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|---|---|
| 05/10/2012 | 2735 |

| Terms | Due Date |
|---|---|
| Net 30 | 06/09/2012 |

**Bill To:**
PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|---|---|
| | 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR  *CARAVELLA*<br>• DEPOSITION OF WILLIAM MANTESTA<br>• TAKEN 5/9/12  10:00 A.M. - 5:11 P.M.<br>• TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 355.00 |

| | Total | $355.00 |
|---|---|---|

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*     *Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|---|---|
| 07/10/2012 | 2817 |

| Terms | Due Date |
|---|---|
| Net 30 | 08/09/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|---|
| 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| Transcript - ORIGINAL INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF WILLIAM MANTESTA<br>• TAKEN 5/9/12<br>• TRANSCRIPT (ORIGINAL & CERTIFIED COPY) (214 PAGES)<br><br>• WORD INDEX (21 PAGES)<br>• ***HAND DELIVERED*** | 877.40<br><br>5.25 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*     *Card Security Code:*
*Billing Address:*

| Total | $882.65 |
|---|---|



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 05/17/2012 | 2750 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 06/16/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|--|----------|
| | 51-573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript Not Ordered | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR  *TRAVERA*<br>• CONTINUED DEPOSITION OF WILLIAM GUESS<br>• TAKEN 5/16/12  10:00 A.M. - 3:37 P.M.<br>• TRANSCRIPT WAS NOT ORDERED AT THIS TIME. | 265.00 |

| | Total | $265.00 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:*     *Card Security Code:*
*Billing Address:*



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 07/17/2012 | 2827 |
| Terms | Due Date |
| Net 30 | 08/16/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Transcript - ORIGINAL INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• CONTINUED DEPOSITION OF WILLIAM GUESS<br>• TAKEN 5/16/12<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (152 PAGES)<br><br>• WORD INDEX (18 PAGES)<br>• ***HAND DELIVERED*** | 623.20<br><br>4.50 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:       Card Security Code:*
*Billing Address:*

| | Total | $627.70 |
|--|-------|---------|



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/28/2012 | 2801 |
| Terms | Due Date |
| Net 30 | 07/28/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance<br>Transcript -<br>ORIGINAL<br>INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF GEORGE PIERSON PART II<br>• TAKEN 6/8/12  10:00 A.M. - 4:43 P.M.<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (184 PAGES)<br><br>• WORD INDEX (19 PAGES)<br>• *** HAND DELIVERED *** | 335.00<br>754.40<br><br>4.75 |

*PAYMENT WITH CREDIT CARD*
*Cardholder's Name:*
*Card Number:*
*Exp date:     Card Security Code:*
*Billing Address:*

| | Total | $1,094.15 |
|---|-------|-----------|



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008
http://www.robinsonreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 09/14/2012 | 2924 |

| Terms | Due Date |
|---|---|
| Net 30 | 10/14/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|---|
| 51-0573173 |

| Service | Description | Amount |
|---|---|---|
| Appearance Transcript - ORIGINAL INDEX SHIPPING & HANDLING | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF JAMES ONGLEY, M.D.<br>• TAKEN 7/25/12  10:00 A.M. - 12:41 P.M.<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (83 PAGES)<br><br>• WORD INDEX (12 PAGES)<br>• SHIPPING & HANDLING | 175.00<br>340.30<br><br>3.00<br>7.50 |
| | **Total** | **$525.80** |

*Thank you for your business.*
*We look forward to working with you again!*



**ROBINSON REPORTING, INC.**
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008
http://www.robinsonreporting.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/17/2012 | 2932 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/17/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript - ORIGINAL INDEX | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF PETROS TSINGELIS<br>• TAKEN 9/6/12  10:00 A.M. - 2:50 P.M.<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (144 PAGES)<br><br>• WORD INDEX (20 PAGES)<br>• ***HAND DELIVERED*** | 255.00<br>590.40<br><br>5.00 |

*Thank you for your business.*
*We look forward to working with you again!*

| | Total | $850.40 |
|---|-------|---------|


**ROBINSON REPORTING, INC.**
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008
http://www.robinsonreporting.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 09/21/2012 | 2942 |
| Terms | Due Date |
| Net 30 | 10/21/2012 |

**Bill To**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| | TAX ID # |
|---|---|
| | 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance<br>Transcript -<br>ORIGINAL<br>INDEX<br>SHIPPING &<br>HANDLING | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF ANTHONY FANTIGRASSI<br>• TAKEN 9/7/12  10:00 A.M. - 3:38 P.M.<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (166 PAGES)<br><br>• WORD INDEX (22 PAGES)<br>• SHIPPING & HANDLING | 275.00<br>680.60<br><br>5.50<br>7.50 |

*Thank you for your business.*
*We look forward to working with you again!*

| Total | $968.60 |
|-------|---------|



ROBINSON REPORTING, INC.
680 S. MILITARY TRAIL
WEST PALM BEACH, FL 33415

(561)771-2008
http://www.robinsonreporting.com

**...Voice**

| Date | Invoice # |
|------|-----------|
| 11/01/2012 | 3003 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/01/2012 |

**Bill To:**

PEGGY
HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVENUE
FT. LAUDERDALE, FL 33316

| TAX ID # |
|----------|
| 51-0573173 |

| Service | Description | Amount |
|---------|-------------|--------|
| Appearance Transcript - ORIGINAL INDEX SHIPPING & HANDLING | • IN RE: DONALD SPADARO VS. CITY OF MIRAMAR<br>• DEPOSITION OF BRUCE R. McCORD<br>• TAKEN 10/26/12  3:00 P.M. - 6:00 P.M.<br>• TRANSCRIPT (ORIGINAL &  CERTIFIED COPY) (104 PAGES)<br><br>• WORD INDEX (15 PAGES)<br>• SHIPPING & HANDLING | 175.00<br>426.40<br><br>3.75<br>7.50 |

| | Total | $612.65 |

*Thank you for your business.*
*We look forward to working with you again!*

# INVOICE

## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95345 | 3/29/2012 | 129029 |
| **Job Date** | **Case No.** | |
| 3/19/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

Deposition Of:

| | | | |
|---|---|---|---|
| Anthony Caravella | 110.00 | Pages | 385.00 |
| Mini Transcript | | | 15.00 |
| Exhibits | 46.00 | Pages | 23.00 |
| Word Index | 9.00 | Pages | 31.50 |
| Shipping & Handling | | | 20.00 |
| | **TOTAL DUE >>>** | | **$474.50** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

RECEIVED
APR - 3 2012
HEYER & ASSOCIATES, P.A.

**Tax ID:** 55-0793657

Phone: 954-522-4922    Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

Job No.      : 129029          BU ID          : United
Case No.    : 11-61607-CIV-COHN/SELTZER
Case Name : Spadaro, Donald (Caravella, Anthony) v City of
Miramar et al.

Invoice No.  : 95345          Invoice Date  : 3/29/2012
**Total Due   : $ 474.50**

### PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL 33316**

# INVOICE

## UNITED REPORTING, INC.

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 98449 | 6/6/2012 | 133283 |

| Job Date | Case No. | |
|---|---|---|
| 5/31/2012 | 11-61607-CIV-COHN/SELTZER | |

| Case Name | | |
|---|---|---|
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Deposition Of:

| | | | |
|---|---|---|---|
| Dawn Simone Herron | 103.00 | Pages | 360.50 |
| Exhibits | 18.00 | Pages | 9.00 |
| Word Index | 9.00 | Pages | 31.50 |
| Shipping & Handling | | | 20.00 |

**TOTAL DUE  >>>**          **$421.00**

One Certified Copy
AC/Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                      Phone: 954-522-4922    Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

| | | |
|---|---|---|
| Job No. | : 133283 | BU ID    : United |
| Case No. | : 11-61607-CIV-COHN/SELTZER | |
| Case Name | : Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | |
| Invoice No. | : 98449 | Invoice Date : 6/6/2012 |
| **Total Due** | : **$ 421.00** | |

Remit To:  **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale FL  33316**

### PAYMENT WITH CREDIT CARD     AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:                           Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

**UNITED REPORTING, INC.**

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101008 | 8/14/2012 | 137289 |
| **Job Date** | **Case No.** | |
| 8/6/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| | | | |
|---|---|---|---|
| Deposition Of: | | | |
| Barney Lombardi | 60.00 | Pages | 210.00 |
| Mini Transcript | | | 15.00 |
| Word Index | 7.00 | Pages | 24.50 |
| Deposition Of: | | | |
| Michael Montemurno | 43.00 | Pages | 150.50 |
| Mini Transcript | | | 15.00 |
| Word Index | 5.00 | Pages | 17.50 |
| Shipping & Handling | | | 20.00 |

**TOTAL DUE >>>**

**Tax ID:** 55-0793657

Phone: 954-522-4922    Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

Job No.       : 137289        BU ID        : United
Case No.     : 11-61607-CIV-COHN/SELTZER
Case Name  : Spadaro, Donald (Caravella, Anthony) v City of
                    Miramar et al.

Invoice No. : 101008        Invoice Date : 8/14/2012
**Total Due  : $ 1,053.00**

## PAYMENT WITH CREDIT CARD     AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                         Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **United Reporting, Inc.**
              **1218 Southeast 3rd Avenue**
              **Fort Lauderdale, FL 33316**
              **Fax payment information to: 877-388-2331**

# INVOICE

## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 102598 | 9/20/2012 | 137290 |
| **Job Date** | **Case No.** | |
| 8/7/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

| | | | |
|---|---|---|---|
| Deposition Of: | | | |
| Donna Rigney. | 27.00 Pages | | 94.50 |
| Mini Transcript | | | 15.00 |
| Word Index | 4.00 Pages | | 14.00 |
| Shipping & Handling | | | 20.00 |
| | **TOTAL DUE  >>>** | | **$143.50** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                      Phone: 954-522-4922   Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Job No.      : 137290          BU ID        :United
Case No.     : 11-61607-CIV-COHN/SELTZER
Case Name  : Spadaro, Donald (Caravella, Anthony) v City of Miramar et al.

Invoice No.  : 102598          Invoice Date :9/20/2012
**Total Due  : $ 143.50**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **United Reporting, Inc.**
           **1218 Southeast 3rd Avenue**
           **Fort Lauderdale, FL 33316**
           **Fax payment information to: 877-388-2331**

# INVOICE

## UNITED REPORTING, INC.

Court Reporting Services
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103012 | 10/1/2012 | 138061 |
| **Job Date** | **Case No.** | |
| 9/20/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| Deposition Of: | | | |
|---|---|---|---|
| Larry Dunlap | 78.00 | Pages | 273.00 |
| CD Ascii & Mini Transcript | | | 30.00 |
| Word Index | 9.00 | Pages | 31.50 |
| Shipping & Handling | | | 20.00 |
| | **TOTAL DUE  >>>** | | **$354.50** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                           Phone: 954-522-4922    Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| | | |
|---|---|---|
| Job No. | : 138061 | BU ID        : United |
| Case No. | : 11-61607-CIV-COHN/SELTZER | |
| Case Name | : Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | |
| Invoice No. | : 103012 | Invoice Date : 10/1/2012 |
| **Total Due** | **: $ 354.50** | |

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**
          **Fax payment information to: 877-388-2331**

# INVOICE 

## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108425 | 2/18/2013 | 138061 |
| **Job Date** | **Case No.** | |
| 9/20/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

---

Deposition Of:

| | | | |
|---|---|---|---|
| Donald Spadaro | 67.00 | Pages | 234.50 |
| CD Ascii & Mini Transcript | | | 30.00 |
| Exhibits | 66.00 | Pages | 33.00 |
| Word Index | 8.00 | Pages | 28.00 |
| Shipping & Handling | | | 20.00 |
| | | **TOTAL DUE  >>>** | **$345.50** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                    Phone: 954-522-4922   Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Job No.     : 138061          BU ID          :United
Case No.   : 11-61607-CIV-COHN/SELTZER
Case Name : Spadaro, Donald (Caravella, Anthony) v City of
                 Miramar et al.

Invoice No.  : 108425          Invoice Date  :2/18/2013
**Total Due   : $ 345.50**

### PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **United Reporting, Inc.**
                **1218 Southeast 3rd Avenue**
                **Fort Lauderdale, FL 33316**
                **Fax payment information to: 877-388-2331**

# INVOICE

## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 103630 | 10/16/2012 | 139826 |
| **Job Date** | **Case No.** | |
| 10/2/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

---

Deposition Of:

| | | |
|---|---|---|
| Allen Smith | 109.00 Pages | 381.50 |
| CD Ascii & Mini Transcript | | 30.00 |
| Word Index | 11.00 Pages | 38.50 |
| Exhibits | 47.00 Pages | 23.50 |
| Shipping & Handling | | 20.00 |
| | **TOTAL DUE  >>>** | **$493.50** |

One Certified Copy
NR|Scott

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

---

**Tax ID:** 55-0793657                                    Phone: 954-522-4922   Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Job No.     : 139826          BU ID       : United
Case No.    : 11-61607-CIV-COHN/SELTZER
Case Name  : Spadaro, Donald (Caravella, Anthony) v City of
              Miramar et al.

Invoice No. : 103630          Invoice Date : 10/16/2012
**Total Due  : $ 493.50**

Remit To: **United Reporting, Inc.**
        **1218 Southeast 3rd Avenue**
        **Fort Lauderdale, FL 33316**
        **Fax payment information to: 877-388-2331**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

UNITED REPORTING, INC.

1218 S.E. 3rd Avenue, Ft Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104223 | 10/30/2012 | 140388 |
| **Job Date** | | **Case No.** |
| 10/24/2012 | | 11-61607-CIV-COHN/SELTZER |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| | | | |
|---|---|---|---|
| Deposition Of: | | | |
| Melvin Tucker Vol 1 | 176.00 | Pages | 616.00 |
| Word Index | 20.00 | Pages | 70.00 |
| Rough Ascii / Transcript Expedited | 243.00 | | 303.75 |
| Deposition Of: | | | |
| Melvin Tucker Vol 2 | 80.00 | Pages | 280.00 |
| Word Index | 11.00 | Pages | 38.50 |
| Shipping & Handling | | | 20.00 |
| | | **TOTAL DUE >>>** | **$1,328.25** |

Reference No.   :  18033

One Certified Copy

SB/Huseby

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,328.25 |

**Tax ID:** 55-0793657                                    Phone: 954-522-4922    Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| | | | |
|---|---|---|---|
| Job No. | : 140388 | BU ID | : United/OOT |
| Case No. | : 11-61607-CIV-COHN/SELTZER | | |
| Case Name | : Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| Invoice No. | : 104223 | Invoice Date | : 10/30/2012 |
| **Total Due** | **: $ 1,328.25** | | |

## PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 877-388-2331**

# INVOICE

## UNITED REPORTING, INC.

1218 S E 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104451 | 11/5/2012 | 140546 |
| **Job Date** | | **Case No.** |
| 10/25/2012 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

| Deposition Of: | | | |
|---|---|---|---|
| Lori Jane Butts, JD, PhD | 109.00 | Pages | 381.50 |
| CD Ascii & Mini Transcript | | | 30.00 |
| Exhibits | 38.00 | Pages | 19.00 |
| Word Index | 12.00 | Pages | 42.00 |
| Shipping & Handling | | | 20.00 |
| | | **TOTAL DUE  >>>** | **$492.50** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 492.50 |

**Tax ID:** 55-0793657                                          Phone: 954-522-4922     Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Job No.     : 140546          BU ID          : United
Case No.    : 11-61607-CIV-COHN/SELTZER
Case Name : Spadaro, Donald (Caravella, Anthony) v City of Miramar et al.

Invoice No. : 104451          Invoice Date  : 11/5/2012
**Total Due  : $ 492.50**

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                     Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 877-388-2331**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 104579 | 11/7/2012 | 140854 |

| Job Date | Case No. |
|---|---|
| 10/29/2012 | 11-61607-CIV-COHN/SELTZER |

| Case Name |
|---|
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. |

| Payment Terms |
|---|
| Due upon receipt |

## UNITED REPORTING, INC.

1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Deposition Of:

| | | | |
|---|---|---|---|
| Joseph Matthews | 181.00 | Pages | 724.00 |
| Reporter Attendance: First Hour | | | 80.00 |
| Reporter Attendance: Additional Hours | 4.50 | Hours | 180.00 |
| Word Index | 19.00 | Pages | 76.00 |
| Shipping & Handling | | | 20.00 |
| Emailed | | | 0.00 |
| | | **TOTAL DUE  >>>** | **$1,080.00** |

Original and One Certified Copy
AC/Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.

**Tax ID:** 55-0793657                                      Phone: 954-522-4922   Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL  33316

Job No.      :  140854          BU ID        : United
Case No.    :  11-61607-CIV-COHN/SELTZER
Case Name  :  Spadaro, Donald (Caravella, Anthony) v City of Miramar et al.

Invoice No.  :  104579          Invoice Date  : 11/7/2012
**Total Due  :  $ 1,080.00**

Remit To:  **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 877-388-2331**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# ¹NVOICE



## UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221 Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108654 | 2/22/2013 | 146864 |
| **Job Date** | **Case No.** | |
| 2/21/2013 | 11-61607-CIV-COHN/SELTZER | |
| **Case Name** | | |
| Spadaro, Donald (Caravella, Anthony) v City of Miramar et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

| Deposition Of: | | | | |
|---|---|---|---|---|
| Trudy Block Garfield | 64.00 | Pages | | 224.00 |
| CD Ascii & Mini Transcript | | | | 30.00 |
| Exhibits | 28.00 | Pages | | 14.00 |
| Word Index | 8.00 | Pages | | 28.00 |
| Hand Delivery | | | | 0.00 |
| | **TOTAL DUE >>>** | | | **$296.00** |

One Certified Copy
NR|Susskind

Payment is not contingent upon client reimbursement.
Past due accounts accrue 1.5% monthly, all collection costs and attorney's fees.



RECEIVED
MAR 6 2013
HEYER & ASSOCIATES, P.A.

**Tax ID:** 55-0793657                                                                 Phone: 954-522-4922    Fax:

---

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale FL 33316

Job No.      : 146864        BU ID         : United
Case No.     : 11-61607-CIV-COHN/SELTZER
Case Name  : Spadaro, Donald (Caravella, Anthony) v City of
Miramar et al.

Invoice No.  : 108654        Invoice Date  : 2/22/2013
**Total Due  : $ 296.00**

### PAYMENT WITH CREDIT CARD        AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **United Reporting, Inc.**
**1218 Southeast 3rd Avenue**
**Fort Lauderdale, FL 33316**
**Fax payment information to: 877-388-2331**

invoice3



RECEIVED
JUL 31 2012
HEYER & ASSOCIATES, P.A.

DORSEY & ASSOCIATES
COURT REPORTING, INC.
P.O. BOX 1254
MADISON, GEORGIA  30650
877/381.1830

--------------------------------------------------

Date:  July 27, 2012

Barbara A. Heyer, ESQ.
Heyer & Associates, P.A.
1311 SE 4th Avenue
Fort Lauderdale, Flordia 33316

Tax ID No. 58-2556783
Reporter: DD

In Re: Donald Spadaro Vs. City Of Miramar
       Deposition of Reginald V. Merritt taken 7/11/12
       in Greensboro, GA.

YOUR TOTAL: $774.57

Please note:  If received by August 18, 2012, amount due will be $674.85

Thank you!

All Florida Reporting, Inc.
400 Executive Center Drive
Suite 206
West Palm Beach, FL 33401-2922
(561) 689-0225   Fax (561) 684-0022

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96308 | 09/25/2012 | 02-54174 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/16/2012 | ACCU | 1161607CIV |

| CASE CAPTION |
|---|
| Spadaro vs. City of Miramar |

| TERMS |
|---|
| Due upon receipt |

Barbara A. Heyer, Esquire
Heyer & Associates, P.A.
1311 S.E. 4th Avenue
Fort Lauderdale, FL 33316

```
FURNISHING THE ORIGINAL TRANSCRIPT OF THE DEPOSITION OF
    Timothy Nevins                    30 Pages                135.00
    EXHIBITS                           5 Pages                  2.50
    Read and Sign Handling                                     26.50
    Condensed Transcript                                        n/c
    Word Index                                                  n/c
    E-Mail E-Transcript                                        15.00
    Delivery & Handling                                         8.95
                                                          _____

                            TOTAL   DUE  >>>>            187.95


Thank you for choosing us for your reporting needs.  We appreciate your business.
```

TAX ID NO.:  65-0432421                      (954) 522-4922    Fax (954) 522-4955

All Florida Reporting, Inc.
400 Executive Center Drive
Suite 206
West Palm Beach, FL 33401-2922
(561) 689-0225   Fax (561) 684-0022

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 96102 | 07/23/2012 | 02-54174 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/16/2012 | ACCU | 1161607CIV |

| CASE CAPTION |
|---|
| Spadaro vs. City of Miramar   CARAVELLA |

| TERMS |
|---|
| Due upon receipt |

Barbara A. Heyer, Esquire
Heyer & Associates, P.A.
1311 S.E. 4th Avenue
Fort Lauderdale, FL 33316

```
REPORTING THE DEPOSITION OF
   Timothy Nevins
         REPORTER ATTENDANCE                              90.00
                                     _____
                        TOTAL  DUE  >>>>        90.00

Thank you for choosing us for your reporting needs.  We appreciate your business.
```

TAX ID NO.: 65-0432421                    (954) 522-4922    Fax (954) 522-4955

**APPALACHIAN COURT REPORTING**
P.O. Box 943
Blairsville, Georgia 30514
(706) 745-4455

RECEIVED
OCT - 5 2012
HEYER & ASSOCIATES, P

BARBARA HEYER, ESQUIRE
Heyer & Associates
1311 S.E. 4th Avenue
Ft. Lauderdale, GA 33316

| | |
|---|---|
| **INVOICE NO. :** | 18143 |
| **INVOICE DATE:** | 10/01/2012 |
| **REPORTER:** | |
| Carol Glazier | |

**ID#** 58-2171714

Spadaro, Donald vs.
City of Miramar, et al.
U.S.D.C. 11-61607-CIV-COHN/SELTZER

| Date | Description |
|---|---|
| | Deposition of Edward Werder |
| | taken on September 11, 2012 |
| | in Blairsville, Georgia |
| | Original & 1 Copy |

| | |
|---|---|
| **Sub Total** | 648.75 |
| **Paid** | 0.00 |
| **Balance Due** | 648.75 |

**THANK YOU VERY MUCH**



### *METRO REPORTERS, INC.*
### *Serving DC, Maryland & Virginia*

8507 Heron Pond Lane
Fairfax Station, Virginia 22039
(703) 968-9796
e-mail : kkmears@ec.rr.com

Federal ID Number: 54 1694649

## INVOICE

Service Date:      9-13-12

Company:    Heyer & Associates

Case:   Spadaro vs. City of Miramar

Witness:   Amy Jeanguenat     $416.25
            Angela Williamson  $235.75
            Adrienna Barranco  $155.25
            S&H                $ 25.00

Total:   $832.25
Paid in full by credit card    ****11006

 **ESQUIRE**

Esquire Solutions - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
SOLUTIONS

Esquire Deposition Solutions, LLC
P. O. Box 6099
Dallas, TX 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009



## Invoice # EQ413787

| Invoice Date | 10/03/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 11/02/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

BARBARA HEYER ,ESQ.
HEYER & ASSOCIATES
1311 SOUTH EAST 4TH STREET
FORT LAUDERDALE, FL 33316

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 09/14/2012 | SPADARO vs. CITY OF MIRAMAR | 368824 | 10/01/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 09/14/2012, ANDREW PODOLAK (WASHINGTON, DC) | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT PACKAGE | $ 101.00 |
| EXHIBITS | $ 27.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 25.00 |
| ARCHIVING FEE | $ 30.00 |
| CAMEO | $ 135.00 |
| | $ 318.50 |
| | |
| DELIVERY-OTHER | $ 28.12 |
| | $ 28.12 |

**MATTER NUMBER: N/A**

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 11/17/2012** | **$ 346.62** |
| Amount Due After 11/17/2012 | $ 381.28 |

Tax Number:   45-3463120



**We'll Do It All, Just Give Us A Call**
Nationwide Depositions, Hearings & Trials, Conference Facilities,
Videoconferencing, Legal Video Services, Exhibit Scanning,
Transcript / Video Synchronization, 24-7 Online Repository

**1.888.ACR.3335 • 1.800.862.4206 (FAX)**
Info@acrdepos.com • scheduling@acrdepos.com • www.acrdepos.com

HEYER & ASSOCIATES, P.A.
1311 SE 4TH AVE
FORT LAUDERDALE, FL 33316

*Receipt*

| Receipt # | Date | Paid With | Number | Card Holder | Expires |
|-----------|------|-----------|--------|-------------|---------|
| 33949 | 10/26/2012 | American Express | ***********1006 | BARBARA HEYER GOLD-SC4715 | 06/2013 |

| Payor Name | Memo |
|------------|------|
| HEYER & ASSOCIATES, P.A. | |

| Invoice# | Assignment | Case | Acr File Number | Payment |
|----------|------------|------|-----------------|---------|
| 33841 | 09/20/2012 | SPADARO, DONALD vs. CITY OF MIRAMAR, ETC., ET AL. | B117 | 355.50 |

| | |
|---|---|
| **Total Paid:** | **$ 355.50** |

www.acrdepos.com

REMIT TO: 24650 Sandhill Blvd., Suite 401, Punta Gorda, FL 33983    Federal Tax ID# 16-1587522    *1.5% finance charge applied to all invoices over 30 days

**Method of Payment**

☐ Check Enclosed (Please make checks payable to: (ACCURATE COURT REPORTING, INC.)

☐ Visa ☐ Mastercard ☐ Discover ☐ American Express

**Signature (as it appears on your credit card)**

Credit Card#: _____-_____-_____-_____

**Print Name (as it appears on your credit card)**

Expiration Date:_____ Security Code:_____

**Daytime Phone**

*Terms: Payable upon receipt 1.5% per month. Accounts unpaid after a reasonable period of time that are sent to collections agree to pay all collection costs, including contingency fee paid to attorney

# I**NVOICE**

U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami FL 33131
Phone:305-373-8404   Fax:305-358-3711

| e No. | Invoice Date | Job No. |
|---|---|---|
| 960212 | 11/1/2012 | 960092 |
| **Job Date** | **Case No.** | |
| 10/18/2012 | 1161607CIV | |
| **Case Name** | | |
| Donald Spadaro vs. City of Miramar | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esquire
Barbara A. Heyer & Associates
1311 Southeast 4th Avenue
Ft. Lauderdale FL 33316

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| C. Alan Keel | 60.00 Pages | @ | 3.15 | 189.00 |
|     E-cd Litigation Package | | | 35.00 | 35.00 |
|     Shipping/Handling/Processing | | | 25.00 | 25.00 |
|     Electronic Delivery | | | 0.00 | 0.00 |
| C. Alan Keel | | | | |
|     Exhibit | 106.00 Pages | @ | 0.60 | 63.60 |

**TOTAL DUE >>>**  $312.60

AFTER 12/16/2012 PAY  $343.86

Reference No.   : 7827

Location:  Oakland, CA

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | 312.60 |

Please contact us immediately with questions or corrections regarding billing or payment.
No adjustments or refunds will be made after 120 days from date of payments.

**Tax ID:** 76-0523238                                    Phone: 954-522-4922   Fax:954-522-4955

*Please detach bottom portion and return with payment.*

# INVOICE

## C.O.D.

**Veritext Florida Reporting Co.**

One East Broward Blvd., Suite 1101
Ft. Lauderdale, FL 33301
Tel. 305-376-8800  Fax. 305-377-1100

(685)

**Bill To:** Barbara A. Heyer
Heyer & Associates, PA
1311 SE 4th Avenue
Fort Lauderdale, FL 33316

| | |
|---|---|
| **Invoice #:** | FLA1611053 |
| **Invoice Date:** | 11/14/2012 |
| **Balance Due:** | $283.95 |

**Case:** Spandaro Etc v. City Of Miramar
**Job #:** 1546139 | Job Date: 10/22/2012 | Delivery: Normal

**Location:** Intelligent Office - Veritext
4440 PGA Boulevard, Suite 600 | Palm Beach Gardens, FL 33410

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Bernard Pettingill | Certified Transcript | Page | 51.00 | $3.30 | $168.30 |
| | Exhibits | Per Page | 49.00 | $0.85 | $41.65 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling - COD | 1 | 1.00 | $35.00 | $35.00 |

**Notes:** Note: Please be advised that opposing counsel may receive transcript(s) prior to delivery to your offices unless payment arrangements are made. Thank you.

| | |
|---|---|
| **Invoice Total:** | $283.95 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $283.95 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

| | |
|---|---|
| **Invoice #:** | FLA1611053 |
| **Job/Confirmation No #:** | 1546139 |
| **Invoice Date:** | 11/14/2012 |
| **Balance :** | $283.95 |

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18816 | 11/8/2012 | 13133 |
| **Job Date** | **Case No.** | |
| 10/26/2012 | | |
| **Case Name** | | |
| Donald R. Spadaro, et al. vs. City of Miramar, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 S.E. 4th Avenue
Fort Lauderdale, FL 33312

---

1 COPY OF TRANSCRIPT OF:
   Melvin Tucker

                                                       261.90

            **TOTAL DUE >>>**         **$261.90**

Thank you for choosing Huseby!

Schedule with us anywhere nationally today!

To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**RECEIVED**

NOV 19 2012

HEYER & ASSOCIATES, P.A.

---

**Tax ID:** 20-3132569                                                               Phone:    Fax:

*Please detach bottom portion and return with payment.*

Barbara Heyer, Esq.
Heyer & Associates, P.A.
1311 S.E. 4th Avenue
Fort Lauderdale, FL 33312

Job No.     : 13133       **BU ID**     : 1-MAIN
Case No.   :
Case Name : Donald R. Spadaro, et al. vs. City of Miramar, et al.
Invoice No. : 18816       Invoice Date :11/8/2012
**Total Due**  : **$ 261.90**

**PAYMENT WITH CREDIT CARD**      MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **National Depo**
             **PO Box 404743**
             **Atlanta, GA 30384-4743**

April 23, 2013

Barbara Heyer, Esq.

### INVOICE

SPADARO VS. CITY OF MIRAMAR, ET AL
Jury trial before Hon. James I. Cohn, U.S. District Court

Transcript during trial, daily copy..........$14,615.50

(PAID)

Thank you.

Pauline A. Stipes
Official Reporter

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
### Invoice for Production of Records

**FACILITY:**  CENTRAL RECORDS/rcp                          **DATE:** 10/26/10

**ADDRESS:**  2601 BLAIR STONE ROAD TALLAHASSEE, FLORIDA 32399-2500

**REQUESTOR:**  BARBARA A. HEYER/HEYER & ASSOCIATES, P.A.

**REFERENCE:**  ANTONY CARAVELLA #095165/TRACKING #88026

~~The copies you requested are now available for pick up or mailing~~. Pursuant to Rule 33-102.101, Fla. Admin. Code, the following charges apply. Requested copies will not be released until payment is provided in the form of a check payable to the Department of Corrections sent to the above-listed address or a confirmed journal transfer.

In accordance with section 119.071(4)(d), Florida Statutes and Rule 33-102.101, Fla. Admin. Code, a special service charge will be assessed when the nature or volume of the public records requested to be inspected or copied is such as to require extensive clerical or supervisory assistance by Department personnel. "Extensive" means that it will take more than 15 minutes to locate, review for confidential information, copy and refile the requested material. The special service charge will be computed to the nearest quarter of an hour exceeding 15 minutes based on the current rate of pay for the paygrade of the person who performed the service and will be assessed regardless of the number of individual copies made.

Special Service Charge
| | | | | | |
|---|---|---|---|---|---|
| in ¼ hours | 6.50 | x 15.00 hourly rate | = | 97.50 |
| Number of one-sided copies | 820 | x .15 per copy | = | N/C |
| Compact Disc (cd) | 1.00 | x 1.00 per copy | = | 1.00 |
| | | | **Total:** | **$98.50** |

The following information has been redacted from the records pursuant to Florida Statutes (F.S.) (insert an X for all that apply):

☐  Medical, psychological, and dental records, without a properly executed DC4-711B Consent for Release form. § 945.10(1)(a), 456.057(5), F.S., 45 C.F.R., § 164.502.

☐  HIV/AIDS testing information and/or substance abuse treatment records, to the extent any exist, without a properly executed DC4-711B Consent for Release form. § 381.004, 397.501, 397.752, F.S., 42 U.S.C. § 290dd-2, 42 C.F.R. Part 2.

☐  Information relating to cause of death in all death records, including the medical certification of the cause of death in a death certificate. §§ 382.008(6), 945.10(1)(a), F.S., 45 C.F.R., § 164.502.

☒  Biometric identification information, including fingerprints, held by the department. § 119.071(5)(g), F.S.

☐  Personal identifying information of a dependent child of a current or former officer or employee of the Department or an agency, which dependent child is insured by an agency group insurance plan. § 119.071(4)(b), F.S.

☐  Medical information pertaining to a prospective, current, or former officer or employee. § 119.071(4)(b), F.S.

☒  Social security numbers. § 119.071(5)(a), F.S.

DC1-201 (Effective 8/18/09)            Incorporated by Reference in Rule 33-102.101, F.A.C.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### Invoice for Production of Records

**INVOICE # 0485**

**FACILITY:**   **RECEPTION & MEDICAL CENTER**     **DATE:**   March 22, 2011

**ADDRESS:**   Inactive Medical Records, P. O. Box 628, Lake Butler, FL 32054 (386)496-6497

**REQUESTOR:**   Heyer & Associates, Barbara Heyer, 1311 SE 4th Ave., Ft. Lauderdale, FL 33316

**REFERENCE:**   Caravella, Anthony      DC# 095165

The copies you requested are now available for pick up or mailing. Pursuant to Rule 33-102.101, Fla. Admin. Code, the following charges apply. Requested copies will not be released until payment is provided in the form of a check payable to the **Department of Corrections and sent to the Business Office, P. O. Box 9002, Lake City, FL 32056** or a confirmed journal transfer.

In accordance with section 119.071(4)(d), Florida Statutes and Rule 33-102.101, Fla. Admin. Code, a special service charge will be assessed when the nature or volume of the public records requested to be inspected or copied is such as to require extensive clerical or supervisory assistance by Department personnel. "Extensive" means that it will take more than 15 minutes to locate, review for confidential information, copy and refile the requested material. The special service charge will be computed to the nearest quarter of an hour exceeding 15 minutes based on the current rate of pay for the paygrade of the person who performed the service and will be charged regardless of the number of individual copies made.

RECEIVED

MAR 2 6 2011

HEYER & ASSOCIATES, P.A.

| | | | | |
|---|---|---|---|---|
| Certified | | | = | |
| Postage | | | = | 6.66 |
| X-Ray Films | | X | = | |
| Special Service Charge | | | | |
| in ¼ hours | 1.25 | x 12.32   hourly rate | = | 15.40 |
| Number of one-sided copies | 414 | x .15 per copy | = | 62.10 |
| Number of two-sided copies | 77 | x .20 per copy | = | 15.40 |
| | | **Total:** | | 99.56 |

The following information has been redacted from the records pursuant to Florida Statutes (F.S.) (insert an X for all that apply):

- [ ] Medical, psychological, and dental records, without a properly executed DC4-711B Consent for Release form. § 945.10(1)(a), 456.057(5), F.S., 45 C.F.R., § 164.502.
- [ ] HIV/AIDS testing information and/or substance abuse treatment records, to the extent any exist, without a properly executed DC4-711B Consent for Release form. § 381.004, 397.501, 397.752, F.S., 42 U.S.C. § 290dd-2, 42 C.F.R. Part 2.
- [ ] Information relating to cause of death in all death records, including the medical certification of the cause of death in a death certificate. §§ 382.008(6), 945.10(1)(a), F.S., 45 C.F.R., § 164.502.
- [ ] Biometric identification information, including fingerprints, held by the department.§ 119.071[(5)(g), F.S.
- [ ] Personal identifying information of a dependent child of a current or former officer or employee of the Department or an agency, which dependent child is insured by an agency group insurance plan. § 119.071(4)(b), F.S.
- [ ] Medical information pertaining to a prospective, current, or former officer or employee. § 119.071(4)(b), F.S.

DCl-201 (Effective 8/18/09)      Incorporated by Reference in Rule 33-102.101, F.A.C.

COPY CENTER / DV
201 S.E. 6TH STREET,ROOM 230
FORT LAUDERDALE, FL 33301-3375
Phone: (954) 831-6565
4755420080021633880010001
Friday, August 10, 2012  11:29

| | |
|---|---|
| Account Number: | ************5497 |
| Credit Card Type: | VS |
| Transaction Type: | SALE |
| Approval Number: | 03507D |
| Reference Number: | XXXX |
| Transaction Number: | 20121YC1B011847 |

Total Amount:                    259.00

Filing Fees are Non-refundable
I agree to pay the above total according
to my cardholders agreement.

*Peggy M Rhadigan*
/Customer's Signature/

Howard C Forman
Clerk of the Court
Broward County
Transaction Number: 20121YC1B011847
20121YC1B011978     08/10/2012 11:29:57
CACE99004528    001                    D2
Plaintiff: GUESS, WILLIAM F
Defendant: MIRAMAR CITY OF
Judge: BOWMAN, JOHN B
Division: 02
Payer: PEGGY H RHADIGAN
                              CCCFDTI1
981 COPY FEE/CIVIL           259.00
20121YC1B011978 Total:       259.00

          Visa:             259.00
          Change:             0.00
Filing Fees are Non-refundable
       Our goal is excellence

---

COPY CENTER / DV
201 S.E. 6TH STREET,ROOM 230
FORT LAUDERDALE, FL 33301-3375
Phone: (954) 831-6565
4755420080021633880010001
Thursday, August 2, 2012  14:53

| | |
|---|---|
| Account Number: | ************5497 |
| Credit Card Type: | VS |
| Transaction Type: | SALE |
| Approval Number: | 05538D |
| Reference Number: | XXXX |
| Transaction Number: | 20121YC1B011439 |

Total Amount:                    100.00

Filing Fees are Non-refundable
I agree to pay the above total according
to my cardholders agreement.

*Peggy M Rhadigan*
/Customer's Signature/

Howard C Forman
Clerk of the Court
Broward County
Transaction Number: 20121YC1B011439
20121YC1B011525     08/02/2012 14:53:48
CACE99004528    001                    D1
Plaintiff: GUESS, WILLIAM F
Defendant: MIRAMAR CITY OF
Judge: BOWMAN, JOHN B
Division: 02
Payer: AMLONG, WILLIAM R
                              CCCQJWI1
981 COPY FEE/CIVIL           100.00
20121YC1B011525 Total:       100.00

          Visa:             100.00
          Change:             0.00
Filing Fees are Non-refundable
       Our goal is excellence



# RECORDS REQUEST FORM

## REQUESTOR'S INFORMATION

**Name:** Barbara Heyer

**Company:** Heyer & Associates, P.A.

**Address:** 1311 SE 4th Avenue

**City:** Fort Lauderdale   **State:** FL   **Zip Code:** 33316

**Telephone:** _____   **Fax:** _____

**Records Requested: (Please be specific. i.e. names, dates, titles)**

Records concerning the arrest of Anthony Caravella, the Ada Jankowski homicide investigation and the police officers involved with the arrest and investigation.

*You will be notified via phone or fax when your records are ready for pick-up.*

## ADMINISTRATIVE USE ONLY

**Request Completed**

**By Whom:** _____   **Date:** _____

**Requestor Notified**

**1st:** _____   **2nd:** _____   **3rd:** _____

## INVOICE

**Record Format**

| Record Format | | @ | | = | | Paid By | |
|---|---|---|---|---|---|---|---|
| Single-sided Paper | 781 | @ | $0.15 | = | $117.15 | ⭘ | Cash |
| Double-sided Paper | | @ | $0.20 | = | | | |
| Audio Tape | | @ | $3.00 | = | | ◉ | Check |
| Video Tape | | @ | $5.00 | = | | | |
| Diskette/CD | | @ | | = | | ⭘ | Money Order |
| Other Service Charge: 34 hours | | @ | $23.08 | = | $784.64 | | |
| | | | **Total Due:** | | $901.79 | ⭘ | Other _____ |

**Payment by Cash, Check or Money Order.  Payable to: City of Miramar**



**OFFICE OF THE CITY CLERK**
2300 Civic Center Place * Miramar, Florida 33025
Tel: 954-602-3011  Fax: 954-602-3440
http://www.ci.miramar.fl.us

# RECORDS REQUEST FORM

## REQUESTOR'S INFORMATION

**Name:** Barbara Heyer

**Company:** Heyer & Associates, P.A.

**Address:** 1311 SE 4th Avenue

**City:** Fort Lauderdale   **State:** FL   **Zip Code:** 33316

**Telephone:** _____   **Fax:** _____

**Records Requested: (Please be specific. i.e. names, dates, titles)**

Records concerning the arrest of Anthony Caravella, the Ada Jankowski homicide investigation and the police officers involved with the arrest and investigation.

(Part 2 of 2)

You will be notified via phone or fax when your records are ready for pick-up.

## ADMINISTRATIVE USE ONLY

**Request Completed**

**By Whom:** _____   **Date:** _____

**Requestor Notified**

**1st:** _____   **2nd:** _____   **3rd:** _____

## INVOICE

| Record Format | | | | | Paid By | |
|---|---|---|---|---|---|---|
| Single-sided Paper | 846 | @ | $0.15 | = | $126.90 | ◯ Cash |
| Double-sided Paper | | @ | $0.20 | = | | |
| Audio Tape | | @ | $3.00 | = | | ◉ Check |
| Video Tape | | @ | $5.00 | = | | |
| Diskette/CD | | @ | | = | | ◯ Money Order |
| Other Service Charge:3.2 hours | | @ | $23.08 | = | $73.86 | |
| | | | Total Due: | | $200.76 | ◯ Other _____ |

**Payment by Cash, Check or Money Order.  Payable to: City of Miramar**



MIRAMAR
BEAUTY AND PROGRESS
EST 1955

# RECORDS REQUEST FORM

**REQUESTOR'S INFORMATION**

**Name:** Barbara Heyer, Esq.

**Company:** Heyer & Associates

**Address:** 1311 Southeast 4th Avenue

**City:** Fort Lauderdale      **State:** FL      **Zip Code:** 33316

**Telephone:** 954-522-4922      **Fax:**

**Records Requested: (Please be specific. i.e. names, dates, titles)**
Anthony Caravella Investigation Records - Follow Up Request

**You will be notified via phone or fax when your records are ready for pick-up.**

**ADMINISTRATIVE USE ONLY**

**Request Completed**
**By Whom:** _____      **Date:** _____

**Requestor Notified**
 **1st:**                    **2nd:**                    **3rd:**

**INVOICE**

| Record Format | | | | | | Paid By | |
|---|---|---|---|---|---|---|---|
| Single-sided Paper | 696 | @ | $0.15 | = | $104.40 | ◯ | Cash |
| Double-sided Paper | | @ | $0.20 | = | | | |
| Audio Tape | | @ | $3.00 | = | | ◉ | Check |
| Video Tape | | @ | $5.00 | = | | | |
| Diskette/CD | | @ | | = | | ◯ | Money Order |
| Other | | @ | | = | | | |
| | | | **Total Due:** | | $104.40 | ◯ | Other ____ |

**Payment by Cash, Check or Money Order.  Payable to: City of Miramar**



*CARAVELLA*

# RECORDS REQUEST FORM

## REQUESTOR'S INFORMATION

**Name:** Barbara Heyer

**Company:** Heyer & Associates

**Address:**

**City:** **State:** **Zip Code:**

**Telephone:** **Fax:**

**Email:** civilrtslaw@hotmail.com

**Records Requested: (Please be specific. i.e. names, dates, titles)**

As set forth in Record Request to City dated September 7, 2011

**You will be notified via phone or fax when your records are ready for pick-up.**

## ADMINISTRATIVE USE ONLY

**Request Completed**

**By Whom:** **Date:**

**Requestor Notified**

**1st:** **2nd:** **3rd:**

## INVOICE

**Record Format**                                                    **Paid By**

| | | | | | |
|---|---|---|---|---|---|
| Single-sided Paper | 3000 | @ | $0.15 | = | $450.00 |
| Double-sided Paper | | @ | $0.20 | = | |
| Audio Tape | | @ | $5.00 | = | |
| Video Tape | | @ | $6.00 | = | |
| CD | | @ | $6.00 | = | |
| ~~DVD~~ Staff time 7 hours @$33.60 | | ~~@~~ | ~~$6.00~~ | = | $235.20 |

Paid By: ○ Cash   ○ Check   ○ Money Order   ○ Other _____

**Total Due:** $685.20

**Payment by Cash, Check or Money Order. Payable to: City of Miramar**



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00102832**
Invoice Date: **9/17/10**

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by:**Peggy**
Your Client/File #:**Caravella**

**Your account representative is:
Robert Rogers**

| | |
|---|---|
| Subtotal | **$25.00** |
| Sales Tax 6% | **$1.50** |
| Total | **$26.50** |
| Amount Applied | **$0.00** |
| **Balance** | **$26.50** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00103200**
Invoice Date: **10/22/10**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2,125 | S N | Scan | $0.15 | $318.75 |
| 2,125 | OCR | OCR | $0.04 | $85.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by:**Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**Robert Rogers**

| | |
|---|---|
| Subtotal | $428.75 |
| Sales Tax 6% | $25.73 |
| Total | $454.48 |
| Amount Applied | $0.00 |
| **Balance** | **$454.48** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00103656**
Invoice Date: **12/16/10**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 36 | CD | Compact Disc | $25.00 | $900.00 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**Robert Rogers**

| | |
|---|---|
| Subtotal | $900.00 |
| Sales Tax 6% | $54.00 |
| Total | $954.00 |
| Amount Applied | $0.00 |
| **Balance** | $954.00 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00110653**
Invoice Date: **3/7/11**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---------|------|-------------|-----------|--------|
| 1,280 | SN | Scan | $0.15 | $192.00 |
| 1,280 | OCR | OCR | $0.04 | $51.20 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____   Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:
Robert Rogers**

| | |
|---|---|
| Subtotal | **$268.20** |
| Sales Tax 6% | **$16.09** |
| Total | **$284.29** |
| Amount Applied | **$0.00** |
| **Balance** | **$284.29** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit t**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00111368**
Invoice Date: **5/23/11**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 810 | BB | Blowback | $0.10 | $81.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____ Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:
Robert Rogers**

| | |
|---|---|
| Subtotal | $106.00 |
| Sales Tax 6% | $6.36 |
| Total | $112.36 |
| Amount Applied | $0.00 |
| **Balance** | $112.36 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

| Please remit from this invoice. |
| :---: |
| **Payment Due within** |
| **30 Days of Invoice Date** |
| Invoice #:**00111738** |
| Invoice Date: **6/27/11** |

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316


954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
| --- | --- | --- | --- | --- |
| 20 | CD | Compact Disc | $25.00 | $500.00 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**Robert Rogers**

| | |
| --- | ---: |
| Subtotal | **$500.00** |
| Sales Tax 6% | **$30.00** |
| Total | **$530.00** |
| Amount Applied | **$0.00** |
| **Balance** | **$530.00** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.