

**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00111785**
Invoice Date: **6/30/11**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 20 | CD | Compact Disc | $25.00 | $500.00 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by:**Peggy**
Your Client/File #:**Caravella**

**Your account representative is:
Robert Rogers**

| | |
|---|---|
| Subtotal | **$500.00** |
| Sales Tax 6% | **$30.00** |
| Total | **$530.00** |
| Amount Applied | **$0.00** |
| **Balance** | **$530.00** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

***Alternative Legal Copy Service, Inc.***
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00112182**
Invoice Date: **8/5/11**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,175 | SNB | Scan/Black & White | $0.15 | $176.25 |
| 1,175 | OCR | OCR | $0.04 | $47.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____   **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**Robert Rogers**

| | |
|---|---|
| Subtotal | $248.25 |
| Sales Tax 6% | $14.90 |
| Total | $263.15 |
| Amount Applied | $0.00 |
| **Balance** | $263.15 |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:00113124
Invoice Date: 11/11/11

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 42 | BBC | Blowback/Color | $1.00 | $42.00 |
| 4,262 | SNB | Scan/Black & White | $0.15 | $639.30 |
| 22 | SNC | Scan/Color | $1.00 | $22.00 |
| 4,284 | OCR | OCR | $0.04 | $171.36 |
| 7 | CD | Compact Disc | $25.00 | $175.00 |
| 66 | IN | Indexing | $0.25 | $16.50 |
| 10 | DVD | DVD | $34.95 | $349.50 |
| 2 | AD | Audio Conversion | $25.00 | $50.00 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $1,465.66 |
| Sales Tax 6% | $87.94 |
| Total | $1,553.60 |
| Amount Applied | $0.00 |
| **Balance** | $1,553.60 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852     Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00113221**
Invoice Date: **11/22/11**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 196 | BBC | Blowback/Color | $1.00 | $196.00 |

Acceptance Signature: _____     Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by:**Peggy**
Your Client/File #:**Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $196.00 |
| Sales Tax 6% | $11.76 |
| Total | $207.76 |
| Amount Applied | $0.00 |
| **Balance** | $207.76 |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
**Alternative Legal Copy Service, Inc.**
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00113295**
Invoice Date: **12/1/11**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,436 | SNB | Scan/Black & White | $0.15 | $215.40 |
| 1,436 | OCR | OCR | $0.04 | $57.44 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____ Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:
House**

| | |
|---|---|
| Subtotal | $297.84 |
| Sales Tax 6% | $17.87 |
| Total | $315.71 |
| Amount Applied | $0.00 |
| **Balance** | $315.71 |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

***Alternative Legal Copy Service, Inc.***
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00120086**
Invoice Date: **1/11/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 436 | MC | Medium Copying | $0.15 | $65.40 |
| 354 | CC | Color Copies 8.5x11 | $1.95 | $690.30 |

Acceptance Signature: _____    Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $755.70 |
| Sales Tax 6% | $45.34 |
| Total | $801.04 |
| Amount Applied | $0.00 |
| **Balance** | $801.04 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #:**00120084**
Invoice Date: **1/11/12**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 178 | CC | Color Copies 8.5x11 | $1.95 | $347.10 |

**Acceptance Signature:** _____   **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by:**Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**House**

| | |
|---|---|
| Subtotal | $347.10 |
| Sales Tax 6% | $20.83 |
| Total | $367.93 |
| Amount Applied | $0.00 |
| **Balance** | **$367.93** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00120100**
Invoice Date: **1/11/12**

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 20 | CC | Color Copies 8.5x11 | $1.95 | $39.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caramela**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $39.00 |
| Sales Tax 6% | $2.34 |
| Total | $41.34 |
| Amount Applied | $0.00 |
| **Balance** | $41.34 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

***Alternative Legal Copy Service, Inc.***
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00120085**
Invoice Date: **1/11/12**

---

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 14 | BBC | Blowback/Color | $1.00 | $14.00 |

---

**Acceptance Signature:** _____   **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:
House**

| | |
|---|---|
| Subtotal | **$14.00** |
| Sales Tax 6% | **$0.84** |
| Total | **$14.84** |
| Amount Applied | **$0.00** |
| **Balance** | **$14.84** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00120339**
Invoice Date: **2/3/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---------|------|-------------|-----------|--------|
| 304 | SNB | Scan/Black & White | $0.15 | $45.60 |
| 133 | SNC | Scan/Color | $1.00 | $133.00 |
| 437 | OCR | OCR | $0.04 | $17.48 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $221.08 |
| Sales Tax 6% | $13.26 |
| Total | $234.34 |
| Amount Applied | $0.00 |
| **Balance** | **$234.34** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:**00120478**
Invoice Date: **2/15/12**

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 2 | CD | Compact Disc | $25.00 | $50.00 |

Acceptance Signature: _____ Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $50.00 |
| Sales Tax 6% | $3.00 |
| Total | $53.00 |
| Amount Applied | $0.00 |
| **Balance** | **$53.00** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00120605**
Invoice Date: **2/28/12**

---

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 421 | MC | **Medium Copying** | **$0.15** | **$63.15** |
| 119 | CC | **Color Copies 8.5x11** | **$1.00** | **$119.00** |

**Acceptance Signature:** _____ **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $182.15 |
| Sales Tax 6% | $10.93 |
| Total | $193.08 |
| Amount Applied | $0.00 |
| **Balance** | **$193.08** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00120800**
Invoice Date: **3/16/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---------|------|-------------|-----------|--------|
| 624 | SNB | Scan/Black & White | $0.15 | $93.60 |
| 624 | OCR | OCR | $0.04 | $24.96 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

| | | |
|---|---|---|
| Subtotal | | $143.56 |
| Sales Tax 6% | | $8.61 |
| Total | | $152.17 |
| Amount Applied | | $0.00 |
| **Balance** | | **$152.17** |

**Your account representative is:**
**House**

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00120872**
Invoice Date: **3/23/12**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 238 | CC | Color Copies 8.5x11 | $1.00 | $238.00 |

Acceptance Signature: _____  Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $238.00 |
| Sales Tax 6% | $14.28 |
| Total | $252.28 |
| Amount Applied | $0.00 |
| **Balance** | **$252.28** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00121118**
Invoice Date: **4/17/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,117 | MC | Medium Copying | $0.15 | $167.55 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $167.55 |
| Sales Tax 6% | $10.05 |
| Total | $177.60 |
| Amount Applied | $0.00 |
| **Balance** | **$177.60** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00121290**
Invoice Date: **5/4/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1,194 | MC | Medium Copying | $0.15 | $179.10 |

Acceptance Signature: _____    Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $179.10 |
| Sales Tax 6% | $10.75 |
| Total | $189.85 |
| Amount Applied | $0.00 |
| **Balance** | $189.85 |

## Thank you for the opportunity to be of service!

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to.**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00121309**
Invoice Date: **5/8/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 196 | SNB | Scan/Black & White | $0.15 | $29.40 |
| 112 | SNC | Scan/Color | $1.00 | $112.00 |
| 308 | OCR | OCR | $0.04 | $12.32 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $178.72 |
| Sales Tax 6% | $10.72 |
| Total | $189.44 |
| Amount Applied | $0.00 |
| **Balance** | **$189.44** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00121504**
Invoice Date: **5/24/12**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,029 | SNB | Scan/Black & White | $0.15 | $154.35 |
| 1,029 | OCR | OCR | $0.04 | $41.16 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 27 | IN | Indexing | $0.25 | $6.75 |

**Acceptance Signature:** _____   **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Hoffman**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $227.26 |
| Sales Tax 6% | $13.64 |
| Total | $240.90 |
| Amount Applied | $0.00 |
| **Balance** | **$240.90** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

<table>
<tr><td>

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00121596**
Invoice Date: **6/7/12**

</td></tr>
</table>

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 196 | BBC | Blowback/Color | $1.00 | $196.00 |
| 108 | SNC | Scan/Color | $1.00 | $108.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____ **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

| | |
|---|---|
| Subtotal | $329.00 |
| Sales Tax 6% | $19.74 |
| Total | $348.74 |
| Amount Applied | $0.00 |
| **Balance** | **$348.74** |

Your account representative is:
**House**

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

**Please remit from this invoice.**
**Payment Due within**
**30 Days of Invoice Date**

Invoice #: **00121821**
Invoice Date: **6/28/12**

**Bill To:**
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,851 | MC | Medium Copying | $0.15 | $277.65 |

**Acceptance Signature:** _____     **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**House**

| | |
|---|---|
| Subtotal | $277.65 |
| Sales Tax 6% | $16.66 |
| Total | $294.31 |
| Amount Applied | $0.00 |
| **Balance** | **$294.31** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122131**

Invoice Date: **7/27/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,416 | SNB | Scan/Black & White | $0.15 | $212.40 |
| 1,416 | OCR | OCR | $0.04 | $56.64 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $294.04 |
| Sales Tax 6% | $17.64 |
| Total | $311.68 |
| Amount Applied | $0.00 |
| **Balance** | $311.68 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

R_____
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

<table>
<tr><td>Please remit from this invoice.<br>**Payment Due within<br>30 Days of Invoice Date**<br>Invoice #: **00122201**<br>Invoice Date: **8/2/12**</td></tr>
</table>

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1,724 | MC | Medium Copying | $0.15 | $258.60 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.**
**This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**House**

| | |
|---|---|
| Subtotal | $258.60 |
| Sales Tax 6% | $15.52 |
| Total | $274.12 |
| Amount Applied | $0.00 |
| **Balance** | **$274.12** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

| Please remit from this invoice. |
|---|
| **Payment Due within** |
| **30 Days of Invoice Date** |
| Invoice #: **00122291** |
| Invoice Date: **8/10/12** |

---

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 834 | BBB | Blowback/Black & White | $0.10 | $83.40 |
| 145 | BBC | Blowback/Color | $1.00 | $145.00 |
| 2 | CD | Compact Disc | $25.00 | $50.00 |

---

Acceptance Signature: _____    Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.**
**This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $278.40 |
| Sales Tax 6% | $16.70 |
| Total | $295.10 |
| Amount Applied | $0.00 |
| **Balance** | **$295.10** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122335**
Invoice Date: **8/15/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,118 | BBB | Blowback/Black & White | $0.10 | $111.80 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $111.80 |
| Sales Tax 6% | $6.71 |
| Total | $118.51 |
| Amount Applied | $0.00 |
| **Balance** | **$118.51** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
***Alternative Legal Copy Service, Inc.***
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122361**
Invoice Date: **8/16/12**

---

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,180 | BBB | **Blowback/Black & White** | $0.10 | $118.00 |

---

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $118.00 |
| Sales Tax 6% | $7.08 |
| Total | $125.08 |
| Amount Applied | $0.00 |
| **Balance** | **$125.08** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00122578**
Invoice Date: **9/5/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 922 | MC | **Medium Copying** | $0.15 | $138.30 |
| 3 | CC | **Color Copies 8.5x11** | $1.00 | $3.00 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $141.30 |
| Sales Tax 6% | $8.48 |
| Total | $149.78 |
| Amount Applied | $0.00 |
| **Balance** | **$149.78** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122864**
Invoice Date: **9/20/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 35 | SNB | Scan/Black & White | $0.15 | $5.25 |
| 48 | SNC | Scan/Color | $1.00 | $48.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $78.25 |
| Sales Tax 6% | $4.70 |
| Total | $82.95 |
| Amount Applied | $0.00 |
| **Balance** | **$82.95** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122975**
Invoice Date: **9/26/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2,281 | SNB | Scan/Black & White | $0.15 | $342.15 |
| 2,281 | OCR | OCR | $0.03 | $68.43 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 56 | IN | Indexing | $0.25 | $14.00 |

Acceptance Signature: _____   Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $449.58 |
| Sales Tax 6% | $26.97 |
| Total | $476.55 |
| Amount Applied | $0.00 |
| **Balance** | **$476.55** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00122988**
Invoice Date: **9/27/12**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 781 | SNB | Scan/Black & White | $0.15 | $117.15 |
| 3 | SNC | Scan/Color | $1.00 | $3.00 |
| 784 | OCR | OCR | $0.04 | $31.36 |
| 7 | IN | Indexing | $0.25 | $1.75 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

**Acceptance Signature:** _____ **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $178.26 |
| Sales Tax 6% | $10.70 |
| Total | $188.96 |
| Amount Applied | $0.00 |
| **Balance** | **$188.96** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00123085**
Invoice Date: **10/3/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 965 | MC | Medium Copying | $0.15 | $144.75 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $144.75 |
| Sales Tax 6% | $8.69 |
| Total | $153.44 |
| Amount Applied | $0.00 |
| **Balance** | **$153.44** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

| Please remit from this invoice. |
|:---:|
| **Payment Due within**<br>**30 Days of Invoice Date** |
| Invoice #: **00123241** |
| Invoice Date: **10/15/12** |

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|:---:|:---:|:---|---:|---:|
| 214 | BBC | Blowback/Color | $1.00 | $214.00 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|:---|---:|
| Subtotal | $214.00 |
| Sales Tax 6% | $12.84 |
| Total | $226.84 |
| Amount Applied | $0.00 |
| **Balance** | **$226.84** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00123577**
Invoice Date: **10/26/12**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,245 | MC | **Medium Copying** | **$0.15** | **$186.75** |
| 2 | CC | **Color Copies 8.5x11** | **$1.00** | **$2.00** |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**

Your Client/File #: **Caravella**

**Your account representative is:
House**

| | |
|---|---|
| Subtotal | **$188.75** |
| Sales Tax 6% | **$11.33** |
| Total | **$200.08** |
| Amount Applied | **$0.00** |
| **Balance** | **$200.08** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

**Please remit from this invoice.**
**Payment Due within**
**30 Days of Invoice Date**

Invoice #: **00123974**
Invoice Date: **11/15/12**

---

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2,491 | BBB | Blowback/Black & White | $0.10 | $249.10 |
| 180 | BBC | Blowback/Color | $1.00 | $180.00 |
| 2,491 | SNB | Scan/Black & White | $0.15 | $373.65 |
| 180 | SNC | Scan/Color | $1.00 | $180.00 |
| 2,671 | OCR | OCR | $0.04 | $106.84 |
| 1 | DVD | DVD | $34.95 | $34.95 |
| 23 | IN | Indexing | $0.25 | $5.75 |

---

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $1,130.29 |
| Sales Tax 6% | $67.82 |
| Total | $1,198.11 |
| Amount Applied | $0.00 |
| **Balance** | **$1,198.11** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00130007**
Invoice Date: **1/2/13**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2 | CD | Compact Disc | $25.00 | $50.00 |

**Acceptance Signature:** _____    **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $50.00 |
| Sales Tax 6% | $3.00 |
| Total | $53.00 |
| Amount Applied | $0.00 |
| **Balance** | **$53.00** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00130294**
Invoice Date: **1/24/13**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2,028 | MC | Medium Copying | $0.15 | $304.20 |

**Acceptance Signature:** _____    **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **PEGGY**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $304.20 |
| Sales Tax 6% | $18.25 |
| Total | $322.45 |
| Amount Applied | $0.00 |
| **Balance** | **$322.45** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

**Bill To:**

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00130498**
Invoice Date: **2/6/13**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,263 | SNB | Scan/Black & White | $0.15 | $189.45 |
| 1,263 | OCR | OCR | $0.04 | $50.52 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 12 | IN | Indexing | $0.25 | $3.00 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $267.97 |
| Sales Tax 6% | $16.08 |
| Total | $284.05 |
| Amount Applied | $0.00 |
| **Balance** | **$284.05** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00130527**
Invoice Date: **2/8/13**

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 636 | SNB | Scan/Black & White | $0.15 | $95.40 |
| 636 | OCR | OCR | $0.04 | $25.44 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 3 | IN | Indexing | $0.25 | $0.75 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

| | |
|---|---|
| Subtotal | $146.59 |
| Sales Tax 6% | $8.80 |
| Total | $155.39 |
| Amount Applied | $0.00 |
| **Balance** | **$155.39** |

Your account representative is:
**House**

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00130551**
Invoice Date: **2/9/13**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,434 | MC | Medium Copying | $0.15 | $215.10 |

**Acceptance Signature:** _____    **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:
House**

| | |
|---|---|
| Subtotal | $215.10 |
| Sales Tax 6% | $12.91 |
| Total | $228.01 |
| Amount Applied | $0.00 |
| **Balance** | **$228.01** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

*Alternative Legal Copy Service, Inc*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00130708**
Invoice Date: **2/20/13**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1 | TE | Trial Exhibit/24x36 B&W | $60.00 | $60.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $60.00 |
| Sales Tax 6% | $3.60 |
| Total | $63.60 |
| Amount Applied | $0.00 |
| **Balance** | **$63.60** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00130832**
Invoice Date: **2/27/13**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 52 | BBB | Blowback/Black & White | $0.10 | $5.20 |
| 420 | BBC | Blowback/Color | $1.00 | $420.00 |
| 13 | SNB | Scan/Black & White | $0.15 | $1.95 |
| 105 | SNC | Scan/Color | $1.00 | $105.00 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 25 | IN | Indexing | $0.25 | $6.25 |

**Acceptance Signature:** _____  **Date:** _____
The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $563.40 |
| Sales Tax 6% | $33.80 |
| Total | $597.20 |
| Amount Applied | $0.00 |
| **Balance** | **$597.20** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304
Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00130907**
Invoice Date: **2/28/13**

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 969 | MC | Medium Copying | $0.15 | $145.35 |

**Acceptance Signature:** _____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $145.35 |
| Sales Tax 6% | $8.72 |
| Total | $154.07 |
| Amount Applied | $0.00 |
| **Balance** | **$154.07** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

***Alternative Legal Copy Service, Inc.***
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

<u>Please remit from this invoice.</u>
**Payment Due within
30 Days of Invoice Date**
Invoice #: **00130904**
Invoice Date: **2/28/13**

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 470 | BBB | Blowback/Black & White | $0.10 | $47.00 |

Acceptance Signature: _____     Date: _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $47.00 |
| Sales Tax 6% | $2.82 |
| Total | $49.82 |
| Amount Applied | $0.00 |
| **Balance** | **$49.82** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: **00131155**
Invoice Date: **3/14/13**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 120 | BBB | Blowback/Black & White | $0.10 | $12.00 |
| 210 | BBC | Blowback/Color | $1.00 | $210.00 |

**Acceptance Signature:** _P. R._____  **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**
Your Client/File #: **Caravella**

**Your account representative is:**
**House**

| | |
|---|---|
| Subtotal | **$222.00** |
| Sales Tax 6% | **$13.32** |
| Total | **$235.32** |
| Amount Applied | **$0.00** |
| **Balance** | **$235.32** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

## ALTERNATIVE LEGAL
*Litigation Reproduction Specialists*

# INVOICE

**Bill To:**

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: **00131205**
Invoice Date: **3/18/13**

---

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1 | TE | Trial Exhibit 18x24 Color | $50.00 | $50.00 |

---

**Acceptance Signature:** _____   **Date:** _____

**The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.**

Ordered by: **Peggy**

Your Client/File #: **Caravella**

**Your account representative is:
House**

| | |
|---|---|
| Subtotal | $50.00 |
| Sales Tax 6% | $3.00 |
| Total | $53.00 |
| Amount Applied | $0.00 |
| **Balance** | **$53.00** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale. FL 33316

Federal ID#    65-0620776

Phone:   (954) 463-9394
Fax:     (954) 463-2551



# Invoice

Invoice Number:
128479
Invoice Date:
Sep 10, 2010
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN: BARBARA
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 9/10/10 | 9/20/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,122.00 | COPYLITMED | LITIGATION COPYING - MEDIUM | 0.150 | 316.30 |
| 2.00 | FRT3 | PICKUP & DELIVERY - | 5.000 | 10.00 |
| | | ORIGINALS | | |
| | DESC | | | |
| | DESC | COPIES FROM STATE ATTORNEY | | |
| | | OFFICE. FORT LAUDERDALE | | |

Received By: _____  Date: _____

DEL: ____

|  |  |
|---|---|
| Subtotal | 328.30 |
| Sales Tax | 19.70 |
| Total Invoice Amount | 348.00 |
| Payment Received | 0.00 |
| TOTAL | 348.00 |

We thank you for your business.  Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID# 65-0620776

Phone: (954) 463-9394
Fax: (954) 463-2551



# Invoice

Invoice Number:
128518
Invoice Date:
Sep 14, 2010
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL 33316

Ship to:

ATTN: PEGGY
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* P | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 9/14/10 | 9/24/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 29.00 | COLOR8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 42.05 |
| 2.00 | FRT3 | PICKUP & DELIVERY - | 5.000 | 10.00 |
| | DESC | ORIGINALS | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: Peggy Rhausa Date: 9/14/10

| | Subtotal | 52.05 |
|---|---|---|
| | Sales Tax | 3.12 |
| | Total Invoice Amount | 55.17 |
| | Payment Received | 0.00 |
| | TOTAL | 55.17 |

We thank you for your business.  Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#   65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551

# Invoice

Invoice Number:
128959
Invoice Date:
Oct 12, 2010
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN:  BARBARA HEYER, ESQ
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* B | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 10/12/10 | 10/22/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,739.00 | COPYLITMED | LITIGATION COPYING – MEDIUM | 0.150 | 260.85 |
| 4.00 | COVER STOCK | COVER STOCK | 0.350 | 1.40 |
| 2.00 | FRT3 | PICKUP & DELIVERY – ORIGINALS | 5.000 | 10.00 |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: _R. Rhadigal_  Date: 10/12/10

DEL: _____

| | |
|---|---|
| Subtotal | 272.25 |
| Sales Tax | 16.34 |
| Total Invoice Amount | 288.59 |
| Payment Received | 0.00 |
| TOTAL | 288.59 |

We thank you for your business.  Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID# 65-0620776

Phone: (954) 463-9394
Fax: (954) 463-2551

YES! COPYSCAN Also Makes Digital Photo Prints

# Invoice

Invoice Number:
129567

Invoice Date:
Nov 15, 2010

Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL 33316

Ship to:

ATTN: BARBARA HEYER, ESQ
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* B | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 11/15/10 | 11/25/10 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,403.00 | COPYLITMED | LITIGATION COPYING - MEDIUM | 0.150 | 210.45 |
| 14.00 | COLOR8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 20.30 |
| 2.00 | CDDUPL | CD DUPLICATING | 15.500 | 31.00 |
| 12.00 | AUDIO DUPL | AUDIO CASSETTE DUPLICATION | 9.500 | 114.00 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: P. Rhodigar  Date: 11/15/10

| | |
|---|---|
| Subtotal | 385.75 |
| Sales Tax | 23.15 |
| Total Invoice Amount | 408.90 |
| Payment Received | 0.00 |
| TOTAL | 408.90 |

DEL: ___

We thank you for your business. Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#    65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551

# Invoice

Invoice Number:
130810
Invoice Date:
Feb 3, 2011
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN:  PEGGY
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* P | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 2/3/11 | 2/13/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,612.00 | COPY - LIT2 | LITIGATION COPYING - MEDIUM GRADE | 0.150 | 241.80 |
| 36.00 | COLOR COPY8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 52.20 |
| 1.00 | CDDUP | CD DUPLICATING | 15.500 | 15.50 |
| 2.00 | AUDIO DUP CAS | AUDIO DUP CASSETTE TO CASSETTE | 9.500 | 19.00 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: _Peggy Flanigan_ Date: _2/3/11_

DEL:_____ 1:00p

| | |
|---|---|
| Subtotal | 338.50 |
| Sales Tax | 20.31 |
| Total Invoice Amount | 358.81 |
| Payment Received | 0.00 |
| TOTAL | 358.81 |

We thank you for your business.  Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#    65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551



# Invoice

Invoice Number:
131898
Invoice Date:
Apr 13, 2011
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN:  JANICE
SAME

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | *CARAVELLA* | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 4/13/11 | 4/23/11 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | COPY - LIT2 | LITIGATION COPYING - MEDIUM GRADE | 0.150 | 0.30 |
| 45.00 | COLOR COPY8511 | 8 1/2 X 11 COLOR COPIES | 1.450 | 65.25 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By X  P. Rhadiga    Date: 4/13/11

DEL:

|  | |
|---|---|
| Subtotal | 75.55 |
| Sales Tax | 4.53 |
| Total Invoice Amount | 80.08 |
| Payment Received | 0.00 |
| TOTAL | 80.08 |

We thank you for your business.  Please call on us again.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID# 65-0620776

Phone: (954) 463-9394
Fax:   (954) 463-2551

# Invoice

Invoice Number:
137115
Invoice Date:
Mar 8, 2012
Page:
1

COPYSCAN ALSO DOES
Medical Records Copying

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL 33316

Ship to:

ATTN: PEGGY
1311 SE 4TH AVE
FORT LAUDERDALE, FL 33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | CARAVELLA* PEGGY | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 3/8/12 | 3/18/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11.00 | AUDIO DUP | AUDIO TRANSFER CASSETTE TO CD DIGITAL | 32.500 | 357.50 |
| 11.00 | CDDUP | CD DUPLICATING | 15.500 | 170.50 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |

Received By: Peggy Thedipa

Printed Name: _____ Date: _____

DEL: _____

| | |
|---|---|
| Subtotal | 528.00 |
| Sales Tax | 31.68 |
| Total Invoice Amount | 559.68 |
| Payment Received | 0.00 |
| TOTAL | 559.68 |

## We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessary for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs, including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#    65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551

# Invoice

e Number:
137184
Invoice Date:
Mar 13, 2012
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN: PEGGY
1311 SE 4TH AVE
FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* P | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 3/13/12 | 3/23/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,145.00 | COPY LIT 2 | LITIGATION COPYING - MEDIUM GRADE | 0.150 | 171.75 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 1.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: _Peggy Rhodigan_

Printed Name: _____    Date: _____

DEL: ____

| | |
|---|---|
| Subtotal | 181.75 |
| Sales Tax | 10.91 |
| Total Invoice Amount | 192.66 |
| Payment Received | 0.00 |
| TOTAL | 192.66 |

## We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum.  In the event that it is necessar
for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs,
including, but not limited to attorneys fees and court costs, regardles of whether suit is filed.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID# 65-0620776

Phone: (954) 463-9394
Fax: (954) 463-2551

**YES!** COPYSCAN Also Does Medical Records Copying

# Invoice

Invoice Number:
137501
Invoice Date:
Mar 29, 2012
Page:
1

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL 33316

Ship to:

ATTN: PEGGY
1311 SE 4TH AVE
FORT LAUDERDALE, FL 33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* P | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 3/29/12 | 4/8/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1,377.00 | COPY LIT 2 | LITIGATION COPYING - MEDIUM GRADE | 0.150 | 206.55 |
| 123.00 | BLUE DIVIDER | BLUE PAPER DIVIDER FOR TABS AND FOLDERS | 0.030 | 3.69 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| 1.00 | BX-LG-DELIVERY | LARGE DELIVERY BOX | | |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: P Rhodiga

Printed Name:

Date: 3/29/12

DEL: 03 3:43

| | |
|---|---|
| Subtotal | 220.24 |
| Sales Tax | 13.21 |
| Total Invoice Amount | 233.45 |
| Payment Received | 0.00 |
| TOTAL | 233.45 |

## We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessary for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs, including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#    65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551



YES! COPYSCAN Also Does Medical Records Copying

# Invoice

ice Number:
137791

Invoice Date:
Apr 13, 2012

Page:
1

Sold To:

   HEYER & ASSOCIATES, P.A.
   ATTN: ACCOUNT PAYABLE
   1311 SE 4TH AVE
   FT. LAUDERDALE, FL  33316

Ship to:

   ATTN: PEGGY
   1311 SE 4TH AVE
   FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | ANTHONY CARAVELLA* P | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 4/13/12 | 4/23/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 790.00 | COPY LIT 2 | LITIGATION COPYING - MEDIUM GRADE | 0.150 | 118.50 |
| 12.00 | BLUE DIVIDER | BLUE PAPER DIVIDER FOR TABS AND FOLDERS | 0.030 | 0.36 |
| 2.00 | FRT3 | PICKUP & DELIVERY - ORIGINALS | 5.000 | 10.00 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |
| | DESC | | | |
| | DESC | COPIES FROM SAO, BROWARD COUNTY | | |

Received By: _P. Rhodigan_    Date: _4/13/12_

Printed Name: _____

DEL: ____

| | |
|---|---|
| Subtotal | 128.86 |
| Sales Tax | 7.73 |
| Total Invoice Amount | 136.59 |
| Payment Received | 0.00 |
| TOTAL | 136.59 |

## We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum.  In the event that it is necessar
for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs,
including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.

# CopyScan, Inc.
# 1230 South Andrews Avenue
# Fort Lauderdale, FL 33316

Federal ID#   65-0620776

Phone:  (954) 463-9394
Fax:    (954) 463-2551

# Invoice

voice Number:
140352
Invoice Date:
Oct 4, 2012
Page:
1



**YES!** COPYSCAN Also Does Color and OCR Scanning

Sold To:

HEYER & ASSOCIATES, P.A.
ATTN: ACCOUNT PAYABLE
1311 SE 4TH AVE
FT. LAUDERDALE, FL  33316

Ship to:

ATTN: PEGGY
1311 SE 4TH AVE
FORT LAUDERDALE, FL  33316

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HEY500 | *CARAVELLA* PEGGY | Net 10 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| HA | Hand Delivered | 10/4/12 | 10/14/12 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2.00 | AUDIO DUP | AUDIO TRANSFER CASSETTE TO CD DIGITAL | 32.500 | 65.00 |
| 4.00 | CDDUP | CD DUPLICATING | 15.500 | 62.00 |
| 1.00 | ORIGINALS - | ORIGINALS LABEL SHEETS | | |
| 1.00 | COPIES - GREEN | COPY SHEETS - GREEN | | |

Received By: P. Rhodigan

Printed Name: PEGGY RHADIGAN   Date: 10/4/12

DEL: _____

| | |
|---|---|
| Subtotal | 127.00 |
| Sales Tax | 7.62 |
| Total Invoice Amount | 134.62 |
| Payment Received | 0.00 |
| TOTAL | 134.62 |

## We thank you for your business.  Please call on us again.

If any invoice is not paid when due, customer shall pay interest on the delinquent balance at a rate of 18% per annum. In the event that it is necessar for COPYSCAN, Inc to engage in collection activity as a result of customer's account being past due, customer agrees to pay collection costs, including, but not limited to attorneys fees and court costs, regardles of whether suit is filed.