

**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121863
Invoice Date: 7/3/12

**Bill To:**

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 926 | MC | Medium Copying | $0.15 | $138.90 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $138.90 |
| Sales Tax 6% | $8.33 |
| Total | $147.23 |
| Amount Applied | $0.00 |
| **Balance** | **$147.23** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

кЕмИТ ТО:
*Alternative Legal Copy Service, Inc.*
'43 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121935
Invoice Date: 7/11/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1,770 | BBB | Blowback/Black & White | $0.10 | $177.00 |
| 226 | BBC | Blowback/Color | $1.00 | $226.00 |
| 4 | CD | Compact Disc | $25.00 | $100.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $503.00 |
| Sales Tax 6% | $30.18 |
| Total | $533.18 |
| Amount Applied | $0.00 |
| **Balance** | **$533.18** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual) In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including costs and reasonable attorneys fees, whether suit be instituted or not The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

<u>Remit to:</u>
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122035
Invoice Date: 7/19/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 919 | MC | Medium Copying | $0.15 | $137.85 |

Acceptance Signature: _____  Date: _____
The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $137.85 |
| Sales Tax 6% | $8.27 |
| Total | $146.12 |
| Amount Applied | $0.00 |
| **Balance** | $146.12 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorney's fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122270
Invoice Date: 8/8/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,369 | SNB | Scan/Black & White | $0.15 | $205.35 |
| 1,369 | OCR | OCR | $0.04 | $54.76 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $285.11 |
| Sales Tax 6% | $17.11 |
| Total | $302.22 |
| Amount Applied | $0.00 |
| **Balance** | **$302.22** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of this same due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



## ALTERNATIVE LEGAL
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00123126
Invoice Date: 10/5/12

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 415 | BBB | Blowback/Black & White | $0.10 | $41.50 |
| 415 | SNB | Scan/Black & White | $0.15 | $62.25 |
| 415 | OCR | OCR | $0.04 | $16.60 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 26 | IN | Indexing | $0.25 | $6.50 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:

**House**

| | |
|---|---|
| Subtotal | $151.85 |
| Sales Tax 6% | $9.11 |
| Total | $160.96 |
| Amount Applied | $0.00 |
| **Balance** | **$160.96** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00124387
Invoice Date: 12/5/12

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 412 | SNB | Scan/Black & White | $0.15 | $61.80 |
| 412 | OCR | OCR | $0.04 | $16.48 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 3 | IN | Indexing | $0.25 | $0.75 |

Acceptance Signature: _____    Date: _____
The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:

**House**

| | |
|---|---|
| Subtotal | $104.03 |
| Sales Tax 6% | $6.24 |
| Total | $110.27 |
| Amount Applied | $0.00 |
| **Balance** | **$110.27** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00124397
Invoice Date: 12/6/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 706 | SNB | Scan/Black & White | $0.15 | $105.90 |
| 706 | OCR | OCR | $0.04 | $28.24 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 43 | IN | Indexing | $0.25 | $10.75 |

Acceptance Signature: _____     Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $169.89 |
| Sales Tax 6% | $10.19 |
| Total | $180.08 |
| Amount Applied | $0.00 |
| Balance | $180.08 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorney's fees, whether cost be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00113532
Invoice Date: 12/27/11

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 11,478 | SNB | Scan/Black & White | $0.15 | $1,721.70 |
| 102 | SNC | Scan/Color | $1.00 | $102.00 |
| 11,580 | OCR | OCR | $0.04 | $463.20 |
| 4 | CD | Compact Disc | $25.00 | $100.00 |
| 486 | IN | Indexing | $0.25 | $121.50 |
| 2 | CV | Conversion/Tape to CD | $10.00 | $20.00 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: — *CARAVELLA*

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $2,528.40 |
| Sales Tax 6% | $151.70 |
| Total | $2,680.10 |
| Amount Applied | $0.00 |
| **Balance** | **$2,680.10** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annually). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts criteria subject to all of the same.



## ALTERNATIVE LEGAL
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121291
Invoice Date: 5/4/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 4,357 | BBB | Blowback/Black & White | $0.10 | $435.70 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: Peggy
Your Client/File #: Caravella

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $435.70 |
| Sales Tax 6% | $26.14 |
| Total | $461.84 |
| Amount Applied | $0.00 |
| **Balance** | **$461.84** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121670
Invoice Date: 6/15/12

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1,702 | BBB | Blowback/Black & White | $0.10 | $170.20 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $170.20 |
| Sales Tax 6% | $10.21 |
| Total | $180.41 |
| Amount Applied | $0.00 |
| **Balance** | **$180.41** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% Annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121925
Invoice Date: 7/10/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 740 | MC | Medium Copying | $0.15 | $111.00 |
| 2 | CC | Color Copies 8.5x11 | $1.00 | $2.00 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: Caravella

Your account representative is:

**House**

| | |
|---|---|
| Subtotal | $113.00 |
| Sales Tax 6% | $6.78 |
| Total | $119.78 |
| Amount Applied | $0.00 |
| **Balance** | **$119.78** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof each or are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

<u>Remit to:</u>
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122034
Invoice Date: 7/19/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 2,512 | SNB | Scan/Black & White (split) | $0.05 | $125.60 |
| 79 | SNC | Scan/Color (split) | $0.50 | $39.50 |
| 2,591 | OCR | OCR (split) | $0.02 | $51.82 |
| 31 | IN | Indexing (split) | $0.13 | $4.03 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

Acceptance Signature: _____ Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: Caravella - Curcio Box

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $245.95 |
| Sales Tax 6% | $14.76 |
| Total | $260.71 |
| Amount Applied | $0.00 |
| **Balance** | **$260.71** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122098
Invoice Date: 7/25/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 1 | CD | Compact Disc/Transfer from Zip to CD | $40.00 | $40.00 |

Acceptance Signature: _____    Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $40.00 |
| Sales Tax 6% | $2.40 |
| Total | $42.40 |
| Amount Applied | $0.00 |
| **Balance** | **$42.40** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Rem.....
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

**Please remit from this invoice.**
**Payment Due within**
**30 Days of Invoice Date**

Invoice #: 00122250
Invoice Date: 8/7/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 992 | MC | Medium Copying | $0.15 | $148.80 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $148.80 |
| Sales Tax 6% | $8.93 |
| Total | $157.73 |
| Amount Applied | $0.00 |
| **Balance** | **$157.73** |

# *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof which are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122354
Invoice Date: 8/16/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,006 | MC | Medium Copying | $0.15 | $150.90 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $150.90 |
| Sales Tax 6% | $9.05 |
| Total | $159.95 |
| Amount Applied | $0.00 |
| **Balance** | $159.95 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as an not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122591
Invoice Date: 9/5/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,020 | MC | Medium Copying | $0.15 | $153.00 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: Caravella

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $153.00 |
| Sales Tax 6% | $9.18 |
| Total | $162.18 |
| Amount Applied | $0.00 |
| **Balance** | **$162.18** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof which are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122713
Invoice Date: 9/12/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 1,223 | MC | Medium Copying | $0.15 | $183.45 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $183.45 |
| Sales Tax 6% | $11.01 |
| Total | $194.46 |
| Amount Applied | $0.00 |
| **Balance** | **$194.46** |

*Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remi**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00123242
Invoice Date: 10/15/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 2 | CD | Compact Disc | $25.00 | $50.00 |

Acceptance Signature: _____   **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $50.00 |
| Sales Tax 6% | $3.00 |
| Total | $53.00 |
| Amount Applied | $0.00 |
| **Balance** | **$53.00** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00124528
Invoice Date: 12/13/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 967 | SNB | Scan/Black & White | $0.15 | $145.05 |
| 967 | OCR | OCR | $0.04 | $38.68 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |
| 13 | IN | Indexing | $0.25 | $3.25 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $211.98 |
| Sales Tax 6% | $12.72 |
| Total | $224.70 |
| Amount Applied | $0.00 |
| **Balance** | $224.70 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit is instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

**Bill To:**

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

---

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00124562
Invoice Date: 12/13/12

---

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 223 | SNB | Scan/Black & White | $0.15 | $33.45 |
| 1 | SNC | Scan/Color | $1.00 | $1.00 |
| 224 | OCR | OCR | $0.04 | $8.96 |
| 1 | CD | Compact Disc | $25.00 | $25.00 |

---

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:

**House**

| | |
|---|---|
| Subtotal | $68.41 |
| Sales Tax 6% | $4.10 |
| Total | $72.51 |
| Amount Applied | $0.00 |
| **Balance** | **$72.51** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:00111778
Invoice Date: 6/29/11

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 420 | SC | Straight Copying | $0.10 | $42.00 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**Robert Rogers**

| | |
|---|---|
| Subtotal | $42.00 |
| Sales Tax 6% | $2.52 |
| Total | $44.52 |
| Amount Applied | $0.00 |
| **Balance** | **$44.52** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorney's fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:

*Alternative Legal Copy Service,* ''·
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #:00120087
Invoice Date: 1/11/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 464 | MC | Medium Copying | $0.15 | $69.60 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $69.60 |
| Sales Tax 6% | $4.18 |
| Total | $73.78 |
| Amount Applied | $0.00 |
| **Balance** | **$73.78** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18%) annum. In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including costs and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**

*Alternative Legal Copy Service. I*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

| | |
|---|---|
| Please remit from this invoice. | Bill To: |

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00120476
Invoice Date: 2/15/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 390 | BBB | Blowback/Black & White | $0.10 | $39.00 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $39.00 |
| Sales Tax 6% | $2.34 |
| Total | $41.34 |
| Amount Applied | $0.00 |
| **Balance** | **$41.34** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any products or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1 ½% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all costs of collection incurred including court cost and reasonable attorneys fees whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121509
Invoice Date: 5/25/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 694 | BBB | Blowback/Black & White | $0.10 | $69.40 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $69.40 |
| Sales Tax 6% | $4.16 |
| Total | $73.56 |
| Amount Applied | $0.00 |
| **Balance** | **$73.56** |

*Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Ser.. Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00121817
Invoice Date: 6/28/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 18 | MC | Medium Copying | $0.15 | $2.70 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $2.70 |
| Sales Tax 6% | $0.16 |
| Total | $2.86 |
| Amount Applied | $0.00 |
| **Balance** | **$2.86** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof each or are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
### Payment Due within
### 30 Days of Invoice Date
Invoice #: 00121862
Invoice Date: 7/3/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 126 | MC | Medium Copying | $0.15 | $18.90 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
### House

| | |
|---|---|
| Subtotal | $18.90 |
| Sales Tax 6% | $1.13 |
| Total | $20.03 |
| Amount Applied | $0.00 |
| **Balance** | $20.03 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122249
Invoice Date: 8/7/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 210 | MC | Medium Copying | $0.15 | $31.50 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $31.50 |
| Sales Tax 6% | $1.89 |
| Total | $33.39 |
| Amount Applied | $0.00 |
| **Balance** | **$33.39** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the same due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122340
Invoice Date: 8/15/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 528 | MC | Medium Copying | $0.15 | $79.20 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $79.20 |
| Sales Tax 6% | $4.75 |
| Total | $83.95 |
| Amount Applied | $0.00 |
| **Balance** | **$83.95** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122355
Invoice Date: 8/16/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 624 | MC | Medium Copying | $0.15 | $93.60 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $93.60 |
| Sales Tax 6% | $5.62 |
| Total | $99.22 |
| Amount Applied | $0.00 |
| **Balance** | **$99.22** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122366
Invoice Date: 8/17/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 596 | MC | Medium Copying | $0.15 | $89.40 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $89.40 |
| Sales Tax 6% | $5.36 |
| Total | $94.76 |
| Amount Applied | $0.00 |
| **Balance** | **$94.76** |

*Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122839
Invoice Date: 9/19/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 640 | MC | Medium Copying | $0.15 | $96.00 |

**Acceptance Signature:** _____  **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $96.00 |
| Sales Tax 6% | $5.76 |
| Total | $101.76 |
| Amount Applied | $0.00 |
| **Balance** | **$101.76** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00122977
Invoice Date: 9/27/12

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 388 | MC | Medium Copying | $0.15 | $58.20 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $58.20 |
| Sales Tax 6% | $3.49 |
| Total | $61.69 |
| Amount Applied | $0.00 |
| **Balance** | $61.69 |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-3084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00123086
Invoice Date: 10/4/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 267 | BBB | Blowback/Black & White | $0.10 | $26.70 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $26.70 |
| Sales Tax 6% | $1.60 |
| Total | $28.30 |
| Amount Applied | $0.00 |
| **Balance** | **$28.30** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, I·u*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: **00123340**
Invoice Date: **10/17/12**

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 624 | MC | Medium Copying | $0.15 | $93.60 |

**Acceptance Signature:** _____    **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $93.60 |
| Sales Tax 6% | $5.62 |
| Total | $99.22 |
| Amount Applied | $0.00 |
| **Balance** | **$99.22** |

*Thank you for the opportunity to be of service!*

TERMS OF SALE Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Leg-i Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852     Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00123363
Invoice Date: 10/18/12

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 588 | MC | Medium Copying | $0.15 | $88.20 |

Acceptance Signature: _____     Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: Caravella

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $88.20 |
| Sales Tax 6% | $5.29 |
| Total | $93.49 |
| Amount Applied | $0.00 |
| **Balance** | **$93.49** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof seen as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including costs and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00124275
Invoice Date: 11/30/12

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 92 | MC | Medium Copying | $0.15 | $13.80 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: Caravella

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $13.80 |
| Sales Tax 6% | $0.83 |
| Total | $14.63 |
| Amount Applied | $0.00 |
| **Balance** | **$14.63** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE Any payment or portion thereof which are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialist*

Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

| Please remit from this invoice. |
| --- |
| **Payment Due within** |
| **30 Days of Invoice Date** |
| Invoice #:00124276 |
| Invoice Date: 11/30/12 |

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
| --- | --- | --- | --- | --- |
| 210 | MC | Medium Copying | $0.15 | $31.50 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
| --- | --- |
| Subtotal | $31.50 |
| Sales Tax 6% | $1.89 |
| Total | $33.39 |
| Amount Applied | $0.00 |
| **Balance** | **$33.39** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00130044
Invoice Date: 1/3/13

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 10 | CC | Color Copies 8.5x11 | $1.00 | $10.00 |

**Acceptance Signature:** _____ **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Ekanem**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $10.00 |
| Sales Tax 6% | $0.60 |
| Total | $10.60 |
| Amount Applied | $0.00 |
| **Balance** | **$10.60** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 10 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

<u>Remit to:</u>
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**

Invoice #: 00130045
Invoice Date: 1/3/13

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 4 | CC | Color Copies 8.5x11 | $1.00 | $4.00 |

Acceptance Signature: _____  Date: _____
The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Buckler**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $4.00 |
| Sales Tax 6% | $0.24 |
| Total | $4.24 |
| Amount Applied | $0.00 |
| **Balance** | **$4.24** |

*Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00130245
Invoice Date: 1/22/13

Bill To:

Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 461 | MC | Medium Copying | $0.15 | $69.15 |

Acceptance Signature: _____   Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $69.15 |
| Sales Tax 6% | $4.15 |
| Total | $73.30 |
| Amount Applied | $0.00 |
| **Balance** | **$73.30** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1 5% per month (18% annual) In the event of any default in the payment
of the sums due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorney's fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all the same.



**ALTERNATIVE LEGAL**
*Litigation Reproduction Specialists*

Remit to:
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852    Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

Please remit from this invoice.
**Payment Due within
30 Days of Invoice Date**
Invoice #: 00130633
Invoice Date: 2/14/13

| Quantity | Code | Description | Unit Cost | Amount |
|----------|------|-------------|-----------|--------|
| 656 | MC | Medium Copying | $0.12 | $78.72 |
| 1 | CC | Color Copies 8.5x11 | $0.10 | $0.10 |

Acceptance Signature: _____  Date: _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**
Your Client/File #: **Caravella**

Your account representative is:
House

| | |
|---|---|
| Subtotal | $78.82 |
| Sales Tax 6% | $4.73 |
| Total | $83.55 |
| Amount Applied | $0.00 |
| **Balance** | **$83.55** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE: Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1 5% per month (18% annual) In the event of any default in the payment
of the terms due here under the purchaser shall be liable for all cost of collection incurred including court cost and reasonable attorneys fees, whether suit be instituted or not.
The purchaser acknowledges and agrees to all the forgoing and accepts delivery subject to all of the same.



## ALTERNATIVE LEGAL
*Litigation Reproduction Specialists*

**Remit to:**
*Alternative Legal Copy Service, Inc.*
1143 N.E. 7th Avenue
Fort Lauderdale, FL 33304

Phone: (954) 523-1852   Fax: (954) 523-5084
Tax ID: 65-1044746

# INVOICE

Please remit from this invoice.

**Payment Due within
30 Days of Invoice Date**

Invoice #: 00130831
Invoice Date: 2/27/13

Bill To:
Heyer Associates
1311 SE 4th Ave
Ft. Lauderdale, FL 33316

954-522-4922

| Quantity | Code | Description | Unit Cost | Amount |
|---|---|---|---|---|
| 14 | BBC | Blowback/Color | $1.00 | $14.00 |

**Acceptance Signature:** _____   **Date:** _____

The work described above has been authorized, received, accepted and is complete and correct.
This invoice is due within 30 days from the party billed above; see "Terms of Sale" below.

Ordered by: **Peggy**

Your Client/File #: **Caravella**

Your account representative is:
**House**

| | |
|---|---|
| Subtotal | $14.00 |
| Sales Tax 6% | $0.84 |
| Total | $14.84 |
| Amount Applied | $0.00 |
| **Balance** | **$14.84** |

## *Thank you for the opportunity to be of service!*

TERMS OF SALE. Any payment or portion thereof such as are not paid within 30 days are subject to a SERVICE FEE of 1.5% per month (18% annual). In the event of any default in the payment of the sums due here under the purchaser, shall be liable for all cost of collection incurred including court cost and reasonable attorney's fees, whether suit be instituted or not. The purchaser acknowledges and agrees to all the foregoing and accepts delivery subject to all of the same.